ORIGINAL
FILED

1   PATTISHALL, MCAULIFFE, NEWBURY,
       HILLIARD & GERALDSON LLP
2   RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
    THAD CHALOEMTIARANA, Illinois Bar No. 6236829
3   ALEXIS E. PAYNE, Illinois Bar No. 6270412
    311 South Wacker Drive
4   Suite 5000
    Chicago, Illinois 60606
5   Telephone: (312) 554-8000
    Facsimile: (312) 554-8015
6   Email: RIG@pattishall.com
            TC@pattishall.com
7           AEP@pattishall.com

8   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
9   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
10  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
11  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
12  Email: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
13
    Attorneys for Plaintiff RELIANT TECHNOLOGIES
14

15              UNITED STATES DISTRICT COURT

16           NORTHERN DISTRICT OF CALIFORNIA

17                                      C08   02515 MMC

18  RELIANT TECHNOLOGIES, a Delaware      )   Case No.
    corporation,                          )
19                                        )   COMPLAINT FOR
                   Plaintiff,             )   CYBERSQUATTING, TRADEMARK
20                                        )   INFRINGEMENT AND UNFAIR
         vs.                              )   COMPETITION
21                                        )
    ROBERT L. MCDANIEL, an individual,    )   DEMAND FOR JURY TRIAL
22                                        )
                   Defendant.             )
23  _____ )

24

25

26

27

28

- 1 -
COMPLAINT

08 MAY 16 PM 2: 23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA S.J.

BY FAX

1      **COMPLAINT FOR CYBERSQUATTING,**

2      **TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

3    **I.      JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT**

4              1.      This Court has jurisdiction because this action arises under the Trademark

5    Act of 1946, as amended, (the "Lanham Act"), and, therefore, 28 U.S.C. § 1338(a) and (b) confer

6    jurisdiction.

7              2.      This Court also has jurisdiction because this is a civil action between

8    citizens of different states and the matter in controversy exceeds the sum or value of $75,000,

9    exclusive of interests and costs.  This Court has jurisdiction over the state law claims under the

10   principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

11             3.      Venue is proper in this Court under 28 U.S.C. § 1391(a) because a

12   substantial part of the events or omissions giving rise to the claims occurred in this judicial

13   district.

14             4.      Pursuant to Civil Local Rule 3-2 this action is properly brought in the San

15   Jose Division.

16   **II.     THE PARTIES**

17             5.      Plaintiff, Reliant Technologies, is a Delaware corporation with its

18   principal place of business at 464 Ellis Street, Mountain View, California 94043 ("Reliant").

19             6.      Defendant, Robert Lane McDaniel is an individual with an address at

20   4919 Natural Bridge, Kingwood, Texas 77345 ("Defendant").

21   **III.    FACTS**

22             **A.      Reliant and the FRAXEL Brand**

23             7.      Reliant is in the business of developing clinical solutions for the

24   rejuvenation of aging and environmentally damaged skin.

25             8.      Since long prior to the acts of Defendant alleged herein, Reliant has

26   advertised and sold FRAXEL medical laser systems for the administration of skin resurfacing

27   treatments.

28             9.      In addition to FRAXEL, Reliant also sells laser systems under the

- 2 -

COMPLAINT

1    FRAXEL RE:PAIR, the FRAXEL RE:STORE and the FRAXEL RE:FINE marks.

2        10.    Long prior to Defendant's conduct described herein, Reliant has

3    continuously used the inherently distinctive FRAXEL mark for its products throughout the

4    United States and internationally.  As a result, the FRAXEL brand has quickly become known in

5    the industry in association with Reliant's laser systems for aesthetic skin treatments.

6        11.    As a result of Reliant's continuous and extensive marketing and sales and

7    the resulting widespread use of its FRAXEL mark, the public has come to recognize and

8    associate the FRAXEL mark with Reliant and its products.  Consequently, FRAXEL is an

9    extraordinarily well-known mark, and Reliant has come to own an enormously valuable goodwill

10   symbolized by the FRAXEL mark.

11       12.    Reliant owns, among others, U.S. Registration No. 2974491 for FRAXEL

12   for "medical lasers" (the "FRAXEL Marks").

13       13.    Reliant has sold over one hundred million dollars worth of its products

14   under the FRAXEL Marks in the United States and has spent substantial sums in advertising its

15   product under the FRAXEL Marks.

16       14.    As a result of such extensive sales and advertising, the FRAXEL Marks

17   represent extraordinarily valuable goodwill owned by Reliant.

18       15.    Reliant also maintains an active Internet presence to promote its goods.

19   Reliant's primary website is located at <www.fraxel.com>.

20   **B.**    **Defendant's Infringing Conduct**

21       16.    Upon information and belief, Defendant is a cybersquatter who registers

22   domain names identical with and confusingly similar to well-known trademarks and service

23   marks.

24       17.    Long after Reliant's FRAXEL marks became well-known, Defendant

25   registered the following fifty-seven (57) domain names ("the Infringing Domain Names"):

26       a.    fraxelbaltimore.com

27       b.    fraxelbeverlyhills.com

28       c.    fraxelboston.com

| | | |
|---|---|---|
| 1 | d. | fraxelcincinnati.com |
| 2 | e. | fraxelcleveland.com |
| 3 | f. | fraxeldenver.com |
| 4 | g. | fraxeldetroit.com |
| 5 | h. | fraxelfortlauderdale.com |
| 6 | i. | fraxelfortworth.com |
| 7 | j. | fraxelindianapolis.com |
| 8 | k. | fraxelkansascity.com |
| 9 | l. | fraxellasvegas.com |
| 10 | m. | fraxelminneapolis.com |
| 11 | n. | fraxelnewyorkcity.com |
| 12 | o. | fraxeloakland.com |
| 13 | p. | fraxelorangecounty.com |
| 14 | q. | fraxelorlando.com |
| 15 | r. | fraxelphoenix.com |
| 16 | s. | fraxelportland.com |
| 17 | t. | fraxelriverside.com |
| 18 | u. | fraxelsacramento.com |
| 19 | v. | fraxelsanantonio.com |
| 20 | w. | fraxelsandiego.com |
| 21 | x. | fraxelsanfrancisco.com |
| 22 | y. | fraxelsanjose.com |
| 23 | z. | fraxelseattle.com |
| 24 | aa. | fraxelstlouis.com |
| 25 | bb. | fraxeltampa.com |
| 26 | cc. | atlantafraxel.com |
| 27 | dd. | baltimorefraxel.com |
| 28 | ee. | bostonfraxel.com |

COMPLAINT

| | | |
|---|---|---|
| 1 | ff. | cincinnatifraxel.com |
| 2 | gg. | clevelandfraxel.com |
| 3 | hh. | dallasfraxel.com |
| 4 | ii. | denverfraxel.com |
| 5 | jj. | fortworthfraxel.com |
| 6 | kk. | houstonfraxel.com |
| 7 | ll. | indianapolisfraxel.com |
| 8 | mm. | kansascityfraxel.com |
| 9 | nn. | lasvegasfraxel.com |
| 10 | oo. | minneapolisfraxel.com |
| 11 | pp. | newjerseyfraxel.com |
| 12 | qq. | newyorkcityfraxel.com |
| 13 | rr. | oaklandfraxel.com |
| 14 | ss. | orlandofraxel.com |
| 15 | tt. | philadelphiafraxel.com |
| 16 | uu. | phoenixfraxel.com |
| 17 | vv. | portlandfraxel.com |
| 18 | ww. | riversidefraxel.com |
| 19 | xx. | sacramentofraxel.com |
| 20 | yy. | sanantoniofraxel.com |
| 21 | zz. | sanbernardinofraxel.com |
| 22 | aaa. | sandiegofraxel.com |
| 23 | bbb. | sanfranciscofraxel.com |
| 24 | ccc. | sanjosefraxel.com |
| 25 | ddd. | seattlefraxel.com |
| 26 | eee. | stlouisfraxel.com |

27     18.     Defendant currently uses the Infringing Domain Names to direct Internet

28 users to websites that link to various commercial websites, several of which offer skin laser and

1  care products which compete with those offered by Reliant.  Representative printouts from the

2  web sites located at the Infringing Domain Names are attached hereto as **Exhibit A**.

3      19.    The Infringing Domain Names are confusingly similar to the FRAXEL

4  Marks because they combine the distinctive and well known FRAXEL mark in its entirety with

5  common, geographically descriptive terms.

6      20.    Defendant's use of the FRAXEL Marks in connection with the Infringing

7  Domain Names is likely to cause confusion, mistake and deception as to source, sponsorship,

8  affiliation or endorsement, with Reliant and its FRAXEL Marks.

9      21.    Defendant's use of FRAXEL in connection with the Infringing Domain

10  Names deceptively represents that websites accessible under the Infringing Domain Names are

11  related to or authorized by Reliant.

12      22.    On information and belief, Defendant's actions have been and continue to

13  be committed intentionally with full knowledge of Reliant's prior rights in its FRAXEL marks

14  and the fact that such actions are likely to cause confusion, mistake or deception, and in a

15  deliberate attempt to trade on Reliant's goodwill.

16                    **FIRST CLAIM FOR RELIEF**

17                        **(CYBERSQUATTING)**

18      23.    Reliant re-alleges paragraphs 1 through 22, as if fully set forth herein.

19      24.    On information and belief, Defendant does not have any trademark or

20  other intellectual property rights in the Infringing Domain Names, or any other term identical

21  with or similar to the FRAXEL mark.

22      25.    On information and belief, the Infringing Domain Names do not consist of

23  the legal name of Defendant or a name that is commonly used to identify Defendant.

24      26.    On information and belief, Defendant made no legitimate use of any term

25  identical or similar to the FRAXEL mark before registering the Infringing Domain Names.

26      27.    On information and belief, Defendant has used, and intends to continue

27  using, the Infringing Domain Names to divert Internet users from Reliant's websites to

28  competing websites accessible under the Infringing Domain Names for commercial gain by

- 6 -

COMPLAINT

1    creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of

2    those sites.

3              28.    On information and belief, Defendant's use of the Infringing Domain

4    Names has been and continues to be made with bad faith intent to profit from the FRAXEL

5    Marks.

6              29.    Defendant's actions constitute cybersquatting in violation of the Anti-

7    Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

8              30.    Defendant's acts greatly and irreparably injure Reliant and will continue to

9    so injure Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

10    remedy at law.

11                    **SECOND CLAIM FOR RELIEF**

12                    **(TRADEMARK INFRINGEMENT)**

13              31.    Reliant re-alleges paragraphs 1 through 30, as if fully set forth herein.

14              32.    Defendant's acts have caused or are likely to cause confusion, mistake or

15    deception as to the source or origin, sponsorship or approval of the Defendant or its goods or

16    services, in that purchasers and others in this judicial district and elsewhere in the United States

17    are likely to believe that Defendant is associated with or related to Reliant and is authorized by

18    Reliant to market and advertise under the FRAXEL Marks.

19              33.    Defendant's acts injure Reliant's image and reputation with consumers in

20    this judicial district and elsewhere in the United States by creating confusion about, and

21    dissatisfaction with, Reliant and its FRAXEL Marks.

22              34.    Defendant's deliberate use of FRAXEL in the Infringing Domain Names

23    constitutes trademark infringement of FRAXEL in violation of Section 32 of the Lanham Act, 15

24    U.S.C. § 1114.

25              35.    Defendant's acts greatly and irreparably damage Reliant and will continue

26    to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

27    remedy at law.

28    ///

1    **THIRD CLAIM FOR RELIEF**

2    **(UNFAIR COMPETITION)**

3        36.    Reliant re-alleges paragraphs 1 through 35 as if fully set forth herein.

4        37.    Defendant's acts constitute unfair competition with Reliant in violation of

5    Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the common law of the various

6    states, including California.

7        38.    Defendant's acts greatly and irreparably damage Reliant and will continue

8    to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

9    remedy at law.

10    **FOURTH CLAIM FOR RELIEF**

11    **(UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA**

12    **BUSINESS & PROFESSIONS CODE SECTION 17200 et seq.)**

13        39.    Reliant re-alleges paragraphs 1 through 38, as if fully set forth herein.

14        40.    Defendant's acts constitute unfair competition in violation of and

15    California Unfair Practices Act, Cal Bus. & Prof. Code § 17200 et seq.

16        41.    Defendant's acts greatly and irreparably damage Reliant and will continue

17    to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

18    remedy at law.

19    **PRAYER**

20    WHEREFORE, Reliant prays:

21        1.    That Defendant, and all persons acting in concert or participating with

22    Defendant, be preliminarily and permanently enjoined from:

23        a)    registering or maintaining any registrations of the Infringing Domain Names or

24    any other names, marks, words, designations or symbols consisting of, incorporating in whole or

25    part, or otherwise confusingly similar to the FRAXEL Marks or any other trade names,

26    trademarks or service marks of Reliant;

27        b)    using or claiming ownership of the Infringing Domain Names or any other names,

28    marks, words, designations or symbols consisting of, incorporating in whole or part, or otherwise

COMPLAINT

1    confusingly similar to the FRAXEL Marks or any other trade names, trademarks or service

2    marks of Reliant;

3         c)    using any names, marks, words, designations or symbols consisting of,

4    incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other trade

5    names, trademarks or service marks of Reliant anywhere on any web site or web sites of

6    Defendant;

7         d)    using any names, marks, words, designations or symbols consisting of,

8    incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other Reliant

9    trade names, trademarks or service marks of Reliant in any buried code, metatags, search terms,

10    keywords, key terms, hits generating pages, or any other devices used, intended, or likely to

11    cause any web site or web sites of Defendant to be listed by any Internet search engines in

12    response to any searches that include any terms identical with or confusingly similar to the

13    FRAXEL Marks or any other trade names, trademarks or service marks of Reliant;

14         e)    offering for sale the Infringing Domain Names or any other names, marks, words,

15    designations or symbols consisting of, incorporating in whole or part, or otherwise confusingly

16    similar to the FRAXEL Marks or any other trade names, trademarks or service marks of Reliant;

17         f)    transferring, to any person or entity other than Reliant, the Infringing Domain

18    Names, or any other names, marks, words, designations or symbols consisting of, incorporating

19    in whole or part, or otherwise confusingly similar to the FRAXEL Marks or any other trade

20    names, trademarks or service marks of Reliant;

21         g)    using any names, marks, words, designations or symbols consisting of,

22    incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other trade

23    names, trademarks or service marks of Reliant in any e-mail or other marketing solicitations sent

24    to consumers;

25         h)    otherwise infringing the trade names, trademarks or service marks of Reliant;

26         i)    making any description or representation stating or implying that Defendant's

27    goods or services, domain names or web sites are in any way affiliated, associated, authorized,

28    sponsored, endorsed or otherwise connected with Reliant; and

1        j)      engaging in any other conduct that is likely to cause confusion or to cause mistake

2  or to deceive as to the source, affiliation, connection or association of Defendant's domain

3  names, web sites, products or services with Reliant.

4        2.     That Defendant be ordered to disclose to the Court and Reliant all other

5  domain name registrations owned directly or indirectly by Defendant, or by entities in which

6  Defendant has a financial interest, to permit the Court and Reliant to consider whether any such

7  other registrations should be subject to relief in this matter.

8        3.     That Defendant, and all persons acting in concert or participating with

9  Defendant, be ordered to transfer to Reliant the Infringing Domain Names and any other

10  infringing domain names as may be determined by the Court as appropriate herein for relief. 15

11  U.S.C. § 1125(d)(1)(C).

12        4.     That Defendant be ordered to pay statutory damages in the amount of

13  $100,000.00 per infringing domain name, for a total statutory damages award of $5,700,000.00

14  for the Infringing Domain Names. 15 U.S.C. § 1117(d).

15        5.     That Defendant be ordered to pay Reliant all profits realized by Defendant

16  by reason of their unlawful acts as set forth in this Complaint. 15 U.S.C. § 1117(a).

17        6.     That Defendant be ordered to pay Reliant all damages suffered by Reliant

18  by reason of Defendant's cybersquatting and trademark infringement as set forth in this

19  Complaint. 15 U.S.C. §§ 1117(a).

20        7.     That the Court award Reliant three times the damages suffered by reason

21  of the intentional, unlawful acts of Defendant as set forth in this Complaint. 15 U.S.C. §§

22  1117(a).

23        8.     That Defendant be required to file with this Court and serve on the

24  undersigned counsel for Reliant, within thirty (30) days after the entry of judgment, a written

25  report under oath setting forth in detail the manner in which Defendant has complied with the

26  injunction ordered by this Court. 15 U.S.C. § 1116.

27        9.     That Defendant be ordered to pay to Reliant the costs of this action and its

28  reasonable attorneys' fees. 15 U.S.C. §§ 1117(a).

1            10.    That Reliant shall have such other relief as this Court may deem just and

2  proper.

3

4          Dated:  May __16__, 2008

                                PATTISHALL, MCAULIFFE, NEWBURY,

5                                     HILLIARD & GERALDSON LLP

                               RAYMOND I. GERALDSON, JR.

6                                 THAD CHALOEMTIARANA

                               ALEXIS E. PAYNE

7                                 311 South Wacker Drive

                               Suite 5000

8                                 Chicago, Illinois  60606

9                                 GLYNN & FINLEY, LLP

                               CLEMENT L. GLYNN

10                                JONATHAN A. ELDREDGE

                               One Walnut Creek Center

11                                100 Pringle Avenue, Suite 500

                               Walnut Creek, CA  94596

12

13                                By _____

14                                Attorneys for Plaintiff

                               Reliant Technologies

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

1       **DEMAND FOR JURY TRIAL**

2              Pursuant to Civil Local Rule 3-6, plaintiff Reliant Technologies hereby demands

3     trial by jury in this action.

4

5              Dated:  May 16, 2008

                                                PATTISHALL, MCAULIFFE, NEWBURY,
6                                                 HILLIARD & GERALDSON LLP
                                                RAYMOND I. GERALDSON, JR.
7                                               THAD CHALOEMTIARANA
                                                ALEXIS E. PAYNE
8                                               311 South Wacker Drive
                                                Suite 5000
9                                               Chicago, Illinois  60606

10                                              GLYNN & FINLEY, LLP
                                                CLEMENT L. GLYNN
11                                              JONATHAN A. ELDREDGE
                                                One Walnut Creek Center
12                                              100 Pringle Avenue, Suite 500
                                                Walnut Creek, CA  94596

13

14                                              By _____
                                                   Attorneys for Plaintiff
15                                                 Reliant Technologies

16

17

18

19

20

21

22

23

24

25

26

27

28

COMPLAINT

# EXHIBIT A

FRAXEL

# FRAXELBALTIMORE.COM

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELBALTIMORE.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations, the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver- tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc's Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELBEVERLYHILLS.COM                                           Ref: 11

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELBEVERLYHILLS.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the |

FRAXEL

domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELBOSTON.COM

Ref: 12

**Registered by:**          GODADDY.COM, INC.

**Registrant:**             Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                            Name: FRAXELBOSTON.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                            Texas 77345 United States (281) 844-7364

**Technical Contact:**       McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                            Texas 77345 United States (281) 844-7364

**Record History:**          Record created on 22-feb-2008
                            Record last updated on 22-feb-2008
                            Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                            is the date the registrar's sponsorship of the domain name registration in the registry is
                            currently set to expire. This date does not necessarily reflect the expiration date of the
                            domain name registrant's agreement with the sponsoring registrar. Users may consult
                            the sponsoring registrar's Whois database to view the registrar's reported date of
                            expiration for this registration. TERMS OF USE: You are not authorized to access or
                            query our Whois database through the use of electronic processes that are high-volume
                            and automated except as reasonably necessary to register domain names or modify
                            existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                            Whois database is provided by VeriSign for information purposes only, and to assist
                            persons in obtaining information about or related to a domain name registration record.
                            VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                            abide by the following terms of use: You agree that you may use this Data only for
                            lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                            enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                            tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                            automated, electronic processes that apply to VeriSign (or its computer systems). The
                            compilation, repackaging, dissemination or other use of this Data is expressly
                            prohibited without the prior written consent of VeriSign. You agree not to use
                            electronic processes that are automated and high-volume to access or query the Whois
                            database except as reasonably necessary to register domain names or modify existing
                            registrations. VeriSign reserves the right to restrict your access to the Whois database

FRAXEL

in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## FRAXELCINCINNATI.COM

Ref: 13

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELCINCINNATI.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## FRAXELCLEVELAND.COM

Ref: 14

Search: 46889011                Analyst: JOEL FELDMAN                Domain Name Watch Page: 11

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELCLEVELAND.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELDENVER.COM

Ref: 15

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELDENVER.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 12

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver-tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high-volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELDETROIT.COM                                              Ref: 16

**Registered by:**                    GODADDY.COM, INC.

**Registrant:**                       Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELDETROIT.COM

**Administrative Contact:**           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**                McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**                   **Record created on 22-feb-2008**
**Record last updated on 22-feb-2008**
**Record expires on 22-feb-2009** NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver-tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high-volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in

FRAXEL

GoDaddy.com, Inc.'s WhoIs database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELFORTLAUDERDALE.COM

Ref: 17

**Registered by:**     GODADDY.COM, INC.

**Registrant:**     Bob McDaniel 4919 Natural Bridge Kingwood,. Texas 77345 United States Domain Name: FRAXELFORTLAUDERDALE.COM

**Administrative Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**     Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELFORTWORTH.COM

Ref: 18

**Registered by:**     GODADDY.COM, INC.

---

FRAXEL

| | |
|---|---|
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELFORTWORTH.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELINDIANAPOLIS.COM

Ref: 19

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELINDIANAPOLIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 15

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELKANSASCITY.COM

Ref: 20

**Registered by:**               GODADDY.COM, INC.

**Registrant:**                  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELKANSASCITY.COM

**Administrative Contact:**      McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**              Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

FRAXEL

# FRAXELLASVEGAS.COM

Ref: 23

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELLASVEGAS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

# FRAXELMINNEAPOLIS.COM

Ref: 24

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELMINNEAPOLIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is

currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELNEWYORKCITY.COM

Ref: 25

**Registered by:**        GODADDY.COM, INC.

**Registrant:**        Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELNEWYORKCITY.COM

**Administrative Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**        Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing

FRAXEL

registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELOAKLAND.COM                                                  Ref: 26

**Registered by:**                    GODADDY.COM, INC.

**Registrant:**                       Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                      Name: FRAXELOAKLAND.COM

**Administrative Contact:**           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                      Texas 77345 United States (281) 844-7364

**Technical Contact:**                McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                      Texas 77345 United States (281) 844-7364

**Record History:**                   Record created on 22-feb-2008
                                      Record last updated on 22-feb-2008
                                      Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                      is the date the registrar's sponsorship of the domain name registration in the registry is
                                      currently set to expire. This date does not necessarily reflect the expiration date of the
                                      domain name registrant's agreement with the sponsoring registrar. Users may consult
                                      the sponsoring registrar's Whois database to view the registrar's reported date of
                                      expiration for this registration. TERMS OF USE: You are not authorized to access or
                                      query our Whois database through the use of electronic processes that are high-volume
                                      and automated except as reasonably necessary to register domain names and modify
                                      existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                      Whois database is provided by VeriSign for information purposes only, and to assist
                                      persons in obtaining information about or related to a domain name registration record.
                                      VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                      abide by the following terms of use: You agree that you may use this Data only for
                                      lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                      enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                      tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                      automated, electronic processes that apply to VeriSign (or its computer systems). The
                                      compilation, repackaging, dissemination or other use of this Data is expressly
                                      prohibited without the prior written consent of VeriSign. You agree not to use
                                      electronic processes that are automated and high-volume to access or query the Whois
                                      database except as reasonably necessary to register domain names or modify existing
                                      registrations. VeriSign reserves the right to restrict your access to the Whois database
                                      in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                      your access to the Whois database for failure to abide by these terms of use. VeriSign
                                      reserves the right to modify these terms at any time. The data contained in
                                      GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                                      an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**   NS33.DOMAINCONTROL.COM
                                      NS34.DOMAINCONTROL.COM
                                      Status: clientDeleteProhibited
                                      Status: clientRenewProhibited
                                      Status: clientTransferProhibited
                                      Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELORANGECOUNTY.COM                                             Ref: 27

Search: 46889011                   Analyst: JOEL FELDMAN              Domain Name Watch Page: 20

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELORANGECOUNTY.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELORLANDO.COM

Ref: 28

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELORLANDO.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 21

FRAXEL

query our Whois database through the use of electronic processes that are high-volume
and automated except as reasonably necessary to register domain names or modify
existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
Whois database is provided by VeriSign for information purposes only, and to assist
persons in obtaining information about or related to a domain name registration record.
VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
abide by the following terms of use: You agree that you may use this Data only for
lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise support the transmission of mass unsolicited, commercial adver-
tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to VeriSign (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to use
electronic processes that are automated and high-volume to access or query the Whois
database except as reasonably necessary to register domain names or modify existing
registrations. VeriSign reserves the right to restrict your access to the Whois database
in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
your access to the Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time. The data contained in
GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

**FRAXELPHOENIX.COM**                                                      Ref: 29

**Registered by:**              GODADDY.COM, INC.

**Registrant:**                 Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                Name: FRAXELPHOENIX.COM

**Administrative Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                Texas 77345 United States (281) 844-7364

**Technical Contact:**          McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                Texas 77345 United States (281) 844-7364

**Record History:**             Record created on 22-feb-2008
                                Record last updated on 22-feb-2008
                                Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                is the date the registrar's sponsorship of the domain name registration in the registry is
                                currently set to expire. This date does not necessarily reflect the expiration date of the
                                domain name registrant's agreement with the sponsoring registrar. Users may consult
                                the sponsoring registrar's Whois database to view the registrar's reported date of
                                expiration for this registration. TERMS OF USE: You are not authorized to access or
                                query our Whois database through the use of electronic processes that are high-volume
                                and automated except as reasonably necessary to register domain names or modify
                                existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                Whois database is provided by VeriSign for information purposes only, and to assist
                                persons in obtaining information about or related to a domain name registration record.
                                VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                abide by the following terms of use: You agree that you may use this Data only for
                                lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                automated, electronic processes that apply to VeriSign (or its computer systems). The
                                compilation, repackaging, dissemination or other use of this Data is expressly
                                prohibited without the prior written consent of VeriSign. You agree not to use
                                electronic processes that are automated and high-volume to access or query the Whois
                                database except as reasonably necessary to register domain names or modify existing
                                registrations. VeriSign reserves the right to restrict your access to the Whois database
                                in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                your access to the Whois database for failure to abide by these terms of use. VeriSign
                                reserves the right to modify these terms at any time. The data contained in

FRAXEL

| | |
|---|---|
| **Registrant:** | Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States Domain Name: FRAXELPICTURETHISDT.COM |
| **Administrative Contact:** | Drain, Colin cdrain@reliant-tech.com Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States (650) 473-0200 |
| **Technical Contact:** | Drain, Colin cdrain@reliant-tech.com Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States (650) 473-0200 |
| **Record History:** | Record created on 21-feb-2008<br>Record last updated on 21-feb-2008<br>Record expires on 21-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field, In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## FRAXELPORTLAND.COM

Ref: 32

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELPORTLAND.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 24

**FRAXEL**

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States Domain Name; FRAXELRESTORELASER.COM |
| **Administrative Contact:** | Private, Registration FRAXELRESTORELASER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration FRAXELRESTORELASER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | Record created on 26-feb-2008 Record last updated on 26-feb-2008 Record expires on 26-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver- tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS11.DOMAINCONTROL.COM NS12.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## FRAXELRIVERSIDE.COM

Ref: 36

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELRIVERSIDE.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the |

**Search: 46889011**          **Analyst: JOEL FELDMAN**          **Domain Name Watch Page: 27**

**FRAXEL**

domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSACRAMENTO.COM

Ref: 37

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSACRAMENTO.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database

Search: 46889011

Analyst: JOEL FELDMAN

Domain Name Watch Page: 28

FRAXEL

in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## FRAXELSANANTONIO.COM

Ref: 38

**Registered by:**           GODADDY.COM, INC.

**Registrant:**             Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANANTONIO.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**       McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**          Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## FRAXELSANDIEGO.COM

Ref: 39

Search: 46889011                    Analyst: JOEL FELDMAN            Domain Name Watch Page: 29

FRAXEL

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANDIEGO.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## FRAXELSANFRANCISCO.COM

Ref: 40

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANFRANCISCO.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

Search: 46889011                          Analyst: JOEL FELDMAN                          Domain Name Watch Page: 30

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# FRAXELSANJOSE.COM

Ref: 41

**Registered by:**              GODADDY.COM, INC.

**Registrant:**                 Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANJOSE.COM

**Administrative Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**          McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**             **Record created on** 22-feb-2008
**Record last updated on** 22-feb-2008
**Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in

FRAXEL

GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSEATTLE.COM                                          Ref: 42

**Registered by:**          GODADDY.COM, INC.

**Registrant:**             Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                            Name: FRAXELSEATTLE.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                            Texas 77345 United States (281) 844-7364

**Technical Contact:**      McDaniel, Bob bmtcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                            Texas 77345 United States (281) 844-7364

**Record History:**         Record created on 22-feb-2008
                            Record last updated on 22-feb-2008
                            Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                            is the date the registrar's sponsorship of the domain name registration in the registry is
                            currently set to expire. This date does not necessarily reflect the expiration date of the
                            domain name registrant's agreement with the sponsoring registrar. Users may consult
                            the sponsoring registrar's Whois database to view the registrar's reported date of
                            expiration for this registration. TERMS OF USE: You are not authorized to access or
                            query our Whois database through the use of electronic processes that are high-volume
                            and automated except as reasonably necessary to register domain names or modify
                            existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                            Whois database is provided by VeriSign for information purposes only, and to assist
                            persons in obtaining information about or related to a domain name registration record.
                            VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                            abide by the following terms of use: You agree that you may use this Data only for
                            lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                            enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                            tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                            automated, electronic processes that apply to VeriSign (or its computer systems). The
                            compilation, repackaging, dissemination or other use of this Data is expressly
                            prohibited without the prior written consent of VeriSign. You agree not to use
                            electronic processes that are automated and high-volume to access or query the Whois
                            database except as reasonably necessary to register domain names or modify existing
                            registrations. VeriSign reserves the right to restrict your access to the Whois database
                            in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                            your access to the Whois database for failure to abide by these terms of use. VeriSign
                            reserves the right to modify these terms at any time. The data contained in
                            GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                            an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSTLOUIS.COM                                          Ref: 43

**Registered by:**          GODADDY.COM, INC.

Search: 46889011                    Analyst: JOEL FELDMAN              Domain Name Watch Page: 32

FRAXEL

| | |
|---|---|
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSTLOUIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

Real-Time whois Data

---

## FRAXELTAMPA.COM

Ref: 44

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELTAMPA.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 33

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## ATLANTAFRAXEL.COM

Ref: 45

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: ATLANTAFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

FRAXEL

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## BALTIMOREFRAXEL.COM                                         Ref: 46

**Registered by:**  GODADDY.COM, INC.

**Registrant:**  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: BALTIMOREFRAXEL.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**  Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**  NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## BOSTONFRAXEL.COM                                         Ref: 47

**Registered by:**  GODADDY.COM, INC.

**Registrant:**  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: BOSTONFRAXEL.COM

---

FRAXEL

| | |
|---|---|
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# CINCINNATIFRAXEL.COM

Ref: 48

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: CINCINNATIFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to |

**Search: 46889011**          **Analyst: JOEL FELDMAN**          **Domain Name Watch Page: 36**

FRAXEL

abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

## CLEVELANDFRAXEL.COM

Ref: 49

**Registered by:**    GODADDY.COM, INC.

**Registrant:**    Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: CLEVELANDFRAXEL.COM

**Administrative Contact:**    McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**    McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**    Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are automated and high-volume except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited

Search: 46889011    Analyst: JOEL FELDMAN    Domain Name Watch Page: 37

FRAXEL

Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## DALLASFRAXEL.COM                                                      Ref: 50

Registered by:                  GODADDY.COM, INC.

Registrant:                     Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                Name: DALLASFRAXEL.COM

Administrative Contact:         McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                Texas 77345 United States (281) 844-7364

Technical Contact:              McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                Texas 77345 United States (281) 844-7364

Record History:                 Record created on 22-feb-2008
                                Record last updated on 22-feb-2008
                                Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                is the date the registrar's sponsorship of the domain name registration in the registry is
                                currently set to expire. This date does not necessarily reflect the expiration date of the
                                domain name registrant's agreement with the sponsoring registrar. Users may consult
                                the sponsoring registrar's Whois database to view the registrar's reported date of
                                expiration for this registration. TERMS OF USE: You are not authorized to access or
                                query our Whois database through the use of electronic processes that are high-volume
                                and automated except as reasonably necessary to register domain names or modify
                                existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                Whois database is provided by VeriSign for information purposes only, and to assist
                                persons in obtaining information about or related to a domain name registration record.
                                VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                abide by the following terms of use: You agree that you may use this Data only for
                                lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                automated, electronic processes that apply to VeriSign (or its computer systems). The
                                compilation, repackaging, dissemination or other use of this Data is expressly
                                prohibited without the prior written consent of VeriSign. You agree not to use
                                electronic processes that are automated and high-volume to access or query the Whois
                                database except as reasonably necessary to register domain names or modify existing
                                registrations. VeriSign reserves the right to restrict your access to the Whois database
                                in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                your access to the Whois database for failure to abide by these terms of use. VeriSign
                                reserves the right to modify these terms at any time. The data contained in
                                GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                                an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

Domain Servers in Listed Order:
                                NS33.DOMAINCONTROL.COM
                                NS34.DOMAINCONTROL.COM
                                Status: clientDeleteProhibited
                                Status: clientRenewProhibited
                                Status: clientTransferProhibited
                                Status: clientUpdateProhibited

**Real-Time whois Data**

---

## DENVERFRAXEL.COM                                                      Ref: 51

Registered by:                  GODADDY.COM, INC.

Registrant:                     Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                Name: DENVERFRAXEL.COM

Administrative Contact:         McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                Texas 77345 United States (281) 844-7364

FRAXEL

| | |
|---|---|
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008 |

Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high-volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

| | |
|---|---|
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# FORTWORTHFRAXEL.COM

Ref: 52

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FORTWORTHFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008 |

Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,

**FRAXEL**

enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## HOUSTONFRAXEL.COM

Ref: 53

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: HOUSTONFRAXEL.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

**Record created** on 22-feb-2008
**Record last updated** on 22-feb-2008
**Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited

FRAXEL

Status: clientUpdateProhibited

## INDIANAPOLISFRAXEL.COM

Ref: 54

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: INDIANAPOLISFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## KANSASCITYFRAXEL.COM

Ref: 55

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: KANSASCITYFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 41

FRAXEL

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## LASVEGASFRAXEL.COM

Ref: 56

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: LASVEGASFRAXEL.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The

FRAXEL

compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# MINNEAPOLISFRAXEL.COM

Ref: 57

**Registered by:**  GODADDY.COM, INC.

**Registrant:**  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: MINNEAPOLISFRAXEL.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**  **Record created on** 22-feb-2008
**Record last updated on** 22-feb-2008
**Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 43

FRAXEL

# NEWJERSEYFRAXEL.COM

Ref: 58

**Registered by:** GODADDY.COM, INC.

**Registrant:** Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: NEWJERSEYFRAXEL.COM

**Administrative Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:** Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# NEWYORKCITYFRAXEL.COM

Ref: 59

**Registered by:** GODADDY.COM, INC.

**Registrant:** Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: NEWYORKCITYFRAXEL.COM

**Administrative Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:** Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is

**FRAXEL**

currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# OAKLANDFRAXEL.COM

Ref: 60

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: OAKLANDFRAXEL.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing

FRAXEL

registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database; permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# ORLANDOFRAXEL.COM

Ref: 61

**Registered by:**                 GODADDY.COM, INC.

**Registrant:**                    Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                   Name: ORLANDOFRAXEL.COM

**Administrative Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                   Texas 77345 United States (281) 844-7364

**Technical Contact:**             McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                   Texas 77345 United States (281) 844-7364

**Record History:**                Record created on 22-feb-2008
                                   Record last updated on 22-feb-2008
                                   Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                   is the date the registrar's sponsorship of the domain name registration in the registry is
                                   currently set to expire. This date does not necessarily reflect the expiration date of the
                                   domain name registrant's agreement with the sponsoring registrar. Users may consult
                                   the sponsoring registrar's Whois database to view the registrar's reported date of
                                   expiration for this registration. TERMS OF USE: You are not authorized to access or
                                   query our Whois database through the use of electronic processes that are high-volume
                                   and automated except as reasonably necessary to register domain names or modify
                                   existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                   Whois database is provided by VeriSign for information purposes only, and to assist
                                   persons in obtaining information about or related to a domain name registration record.
                                   VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                   abide by the following terms of use: You agree that you may use this Data only for
                                   lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                   enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                   tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                   automated, electronic processes that apply to VeriSign (or its computer systems). The
                                   compilation, repackaging, dissemination or other use of this Data is expressly
                                   prohibited without the prior written consent of VeriSign. You agree not to use
                                   electronic processes that are automated and high-volume to access or query the Whois
                                   database except as reasonably necessary to register domain names or modify existing
                                   registrations. VeriSign reserves the right to restrict your access to the Whois database
                                   in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                   your access to the Whois database for failure to abide by these terms of use. VeriSign
                                   reserves the right to modify these terms at any time. The data contained in
                                   GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                                   an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# PHILADELPHIAFRAXEL.COM

Ref: 62

Search: 46889011              Analyst: JOEL FELDMAN              Domain Name Watch Page: 46

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PHILADELPHIAFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# PHOENIXFRAXEL.COM

Ref: 63

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PHOENIXFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## PORTLANDFRAXEL.COM

Ref: 64

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PORTLANDFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in |

FRAXEL

GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## RIVERSIDEFRAXEL.COM

Ref: 65

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
Name: RIVERSIDEFRAXEL.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
is the date the registrar's sponsorship of the domain name registration in the registry is
currently set to expire. This date does not necessarily reflect the expiration date of the
domain name registrant's agreement with the sponsoring registrar. Users may consult
the sponsoring registrar's Whois database to view the registrar's reported date of
expiration for this registration. TERMS OF USE: You are not authorized to access or
query our Whois database through the use of electronic processes that are high-volume
and automated except as reasonably necessary to register domain names or modify
existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
Whois database is provided by VeriSign for information purposes only, and to assist
persons in obtaining information about or related to a domain name registration record.
VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
abide by the following terms of use: You agree that you may use this Data only for
lawful purposes and that under no circumstances will you use this Data to: (1) allow,
enable, or otherwise support the transmission of mass unsolicited, commercial adver-
tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
automated, electronic processes that apply to VeriSign (or its computer systems). The
compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of VeriSign. You agree not to use
electronic processes that are automated and high-volume to access or query the Whois
database except as reasonably necessary to register domain names or modify existing
registrations. VeriSign reserves the right to restrict your access to the Whois database
in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
your access to the Whois database for failure to abide by these terms of use. VeriSign
reserves the right to modify these terms at any time. The data contained in
GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## SACRAMENTOFRAXEL.COM

Ref: 66

**Registered by:**

GODADDY.COM, INC.

FRAXEL

| | |
|---|---|
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SACRAMENTOFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver-tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## SANANTONIOFRAXEL.COM

Ref: 67

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANANTONIOFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 50

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# SANBERNARDINOFRAXEL.COM

Ref: 68

**Registered by:**            GODADDY.COM, INC.

**Registrant:**               Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANBERNARDINOFRAXEL.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**           Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

Search: 46889011              **Analyst: JOEL FELDMAN**        Domain Name Watch Page: 51

FRAXEL

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## SANDIEGOFRAXEL.COM                                                Ref: 69

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANDIEGOFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | **Record created on** 22-feb-2008<br>**Record last updated on** 22-feb-2008<br>**Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver-tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

## SANFRANCISCOFRAXEL.COM                                           Ref: 70

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANFRANCISCOFRAXEL.COM |

Search: 46889011                    Analyst: JOEL FELDMAN              Domain Name Watch Page: 52

FRAXEL

| | |
|---|---|
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations, the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# SANJOSEFRAXEL.COM

Ref: 71

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANJOSEFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations, the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to |

FRAXEL

abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## SEATTLEFRAXEL.COM

Ref: 72

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SEATTLEFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited

---

Search: 46889011          Analyst: JOEL FELDMAN          Domain Name Watch Page: 54

FRAXEL

Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

## STLOUISFRAXEL.COM                                                    Ref: 73

Registered by:                        GODADDY.COM, INC.

Registrant:                           Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                      Name: STLOUISFRAXEL.COM

Administrative Contact:               McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                      Texas 77345 United States (281) 844-7364

Technical Contact:                    McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                      Texas 77345 United States (281) 844-7364

Record History:                       Record created on 22-feb-2008
                                      Record last updated on 22-feb-2008
                                      Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                      is the date the registrar's sponsorship of the domain name registration in the registry is
                                      currently set to expire. This date does not necessarily reflect the expiration date of the
                                      domain name registrant's agreement with the sponsoring registrar. Users may consult
                                      the sponsoring registrar's Whois database to view the registrar's reported date of
                                      expiration for this registration. TERMS OF USE: You are not authorized to access or
                                      query our Whois database through the use of electronic processes that are high-volume
                                      and automated except as reasonably necessary to register domain names or modify
                                      existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                      Whois database is provided by VeriSign for information purposes only, and to assist
                                      persons in obtaining information about or related to a domain name registration record.
                                      VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                      abide by the following terms of use: You agree that you may use this Data only for
                                      lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                      enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                      tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                      automated, electronic processes that apply to VeriSign (or its computer systems). The
                                      compilation, repackaging, dissemination or other use of this Data is expressly
                                      prohibited without the prior written consent of VeriSign. You agree not to use
                                      electronic processes that are automated and high-volume to access or query the Whois
                                      database except as reasonably necessary to register domain names or modify existing
                                      registrations. VeriSign reserves the right to restrict your access to the Whois database
                                      in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                      your access to the Whois database for failure to abide by these terms of use. VeriSign
                                      reserves the right to modify these terms at any time. The data contained in
                                      GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                                      an inquiry, in the "registrant" field. In most cases, GoDaddy.com. Inc.

Domain Servers in Listed Order:       NS33.DOMAINCONTROL.COM
                                      NS34.DOMAINCONTROL.COM
                                      Status: clientDeleteProhibited
                                      Status: clientRenewProhibited
                                      Status: clientTransferProhibited
                                      Status: clientUpdateProhibited

**Real-Time whois Data**