1   PATTISHALL, MCAULIFFE, NEWBURY,
       HILLIARD & GERALDSON LLP
2   RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
    THAD CHALOEMTIARANA, Illinois Bar No. 6236829
3   ALEXIS E. PAYNE, Illinois Bar No. 6270412
    311 South Wacker Drive
4   Suite 5000
    Chicago, Illinois 60606
5   Telephone: (312) 554-8000
    Facsimile: (312) 554-8015
6   Email: RIG@pattishall.com
           TC@pattishall.com
7          AEP@pattishall.com

8   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
9   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
10  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
11  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
12  Email: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
13
    Attorneys for Plaintiff RELIANT TECHNOLOGIES
14

ORIGINAL FILED

08 MAY 16 PM 2:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

ADR

E-FILING

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                                              C08 02515 MMC

                                                Case No.
18  RELIANT TECHNOLOGIES, a Delaware
    corporation,                                CERTIFICATE OF INTERESTED
19                                              ENTITIES OR PERSONS
                     Plaintiff,
20
         vs.
21                                                          BY FAX
    ROBERT L. MCDANIEL, an individual,
22
                     Defendant.
23

24

25

26

27

28

- 1 -

CERTIFICATE OF INTERESTED ENTITIES OR PERSONS

1   Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date,
2   other than the named parties, there is no such interest to report.
3
4   Dated: May 16, 2008

PATTISHALL, MCAULIFFE, NEWBURY,
  HILLIARD & GERALDSON LLP
RAYMOND I. GERALDSON, JR.
THAD CHALOEMTIARANA
ALEXIS E. PAYNE
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596

By _____
Attorneys for Plaintiff
Reliant Technologies

- 2 -
CERTIFICATE OF INTERESTED ENTITIES OR PERSONS