ORIGINAL FILED

08 MAY 16 PM 2:23

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

PATTISHALL, MCAULIFFE, NEWBURY,
HILLIARD & GERALDSON LLP
RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
THAD CHALOEMTIARANA, Illinois Bar No. 6236829
ALEXIS E. PAYNE, Illinois Bar No. 6270412
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
Telephone: (312) 554-8000
Facsimile: (312) 554-8015
Email: RIG@pattishall.com
TC@pattishall.com
AEP@pattishall.com

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN, Bar No. 57117
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
Email: cglynn@glynnfinley.com
jeldredge@glynnfinley.com

Attorneys for Plaintiff RELIANT TECHNOLOGIES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT L. MCDANIEL, an individual,<br><br>Defendant. | Case No. C08 02515 MMC<br><br>FRCP RULE 7.1 CORPORATE DISCLOSURE<br><br>BY FAX |

1     Pursuant to Federal Rules of Civil Procedure Rule 7.1, plaintiff Reliant Technologies discloses that it does not have a parent corporation and no publicly held corporation owns 10% or more of its stock.

Dated: May 16, 2008

PATTISHALL, MCAULIFFE, NEWBURY,
 HILLIARD & GERALDSON LLP
RAYMOND I. GERALDSON, JR.
THAD CHALOEMTIARANA
ALEXIS E. PAYNE
311 South Wacker Drive
Suite 5000
Chicago, Illinois  60606

GLYNN & FINLEY, LLP
CLEMENT L. GLYNN
JONATHAN A. ELDREDGE
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA  94596

By _____
 Attorneys for Plaintiff
 Reliant Technologies

FRCP RULE 7.1 CORPORATE DISCLOSURE