# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-FILING

RELIANT TECHNOLOGIES

Plaintiff, **ADR**

v.

ROBERT L. MCDANIEL

Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**C08 02515 MMC**

TO: (Name and address of defendant)

Robert Lane McDaniel
4919 Natural Bridge
Kingwood, Texas 77345

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Glynn & Finley, LLP
Clement L. Glynn (Bar No. 57117)
Jonathan A. Eldredge (Bar No. 238559)
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

MAY 1 6 2008
DATE

Tiffany Salinas-Harwell

(BY) DEPUTY CLERK