1   PATTISHALL, MCAULIFFE, NEWBURY,
    HILLIARD & GERALDSON LLP
2   RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
    THAD CHALOEMTIARANA, Illinois Bar No. 6236829
3   ALEXIS E. PAYNE, Illinois Bar No. 6270412
    311 South Wacker Drive
4   Suite 5000
    Chicago, Illinois  60606
5   Telephone:  (312) 554-8000
    Facsimile:   (312) 554-8015
6   Email: RIG@pattishall.com
           TC@pattishall.com
7          AEP@pattishall.com

8   GLYNN & FINLEY, LLP
    CLEMENT L. GLYNN, Bar No. 57117
9   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
10  100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
11  Telephone: (925) 210-2800
    Facsimile: (925) 945-1975
12  Email: cglynn@glynnfinley.com
           jeldredge@glynnfinley.com
13
    Attorneys for Plaintiff
14  RELIANT TECHNOLOGIES

15

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18

19  RELIANT TECHNOLOGIES, a Delaware          )   **Case No.  C08-02515 MMC**
    corporation,                              )
20                                            )   **STIPULATION TO EXTEND**
                       Plaintiff,             )   **DEFENDANT'S TIME TO RESPOND**
21                                            )   **TO THE COMPLAINT**
            vs.                               )
22                                            )
    ROBERT L. MCDANIEL, an individual,        )
23                                            )
                       Defendant.             )
24  _____  )

25

26

27

28

STIPULATION TO EXTEND DEFENDANT'S TIME TO RESPOND TO COMPLAINT

1
2    **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR**
3    **OTHERWISE PLEAD WITH RESPECT TO PLAINTIFF'S COMPLAINT**

4        Plaintiff, Reliant Technologies, Inc., and Defendant, Robert Lane McDaniel, through

5    their undersigned counsel, hereby stipulate pursuant to Civil Local Rules 6-1(a) and 5 to extend

6    Defendant's time to answer or otherwise plead to July 23, 2008. The proposed extension will not

7
     alter the date of any event or any deadline already fixed by Court order.
8

9    GLYNN & FINLEY, LLP                            LOCKE LORD BISSELL & LIDDELL LLP
     Clement L. Glynn
10

11   and

12   PATTISHALL, MCAULIFFE, NEWBURY,
       HILLIARD & GERALDSON LLP
13

14

15   Raymond I. Geraldson, Jr.                      Paul Q. Van Slyke
     Thad Chaloemtiarana                            Counsel for Defendant, Robert Lane McDaniel
16   Alexis E. Payne
     Counsel for Plaintiff, Reliant Technologies,
17   Inc.

18
19
20
21
22
23
24
25
26
27
28