UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELIANT TECHNOLOGIES

CASE NO.: C08-02515MMC

vs.

ROBERT L. MCDANIEL

AFFIDAVIT OF SERVICE ON ROBERT L. MCDANIEL

Being duly sworn, affiant states as follows:

1. My name is Donald Alsbrooks. I am over 18 years of age. I have never been convicted of a felony or crime involving moral turpitude. I am fully competent to make this affidavit.

2. My current business address is Pipkins Investigation Company, 9800 Northwest Freeway, Suite 306, Houston, Texas 77092 (713/682-1133).

3. I am not a party to this case. I have no interest in the outcome of this styled and numbered cause. I am a licensed Private Investigator in the State of Texas.

4. I served a Summons, Complaint and Collateral Documentation to Robert Lane McDaniel at 4919 Natural Bridge, Kingwood, Texas 77345 on May 23, 2008 at 7:36 a.m.(CST).

By: _____
Donald Alsbrooks

State of Texas         §
                       §
County of Harris       §

Before me, Donald Alsbrooks personally appeared, and after being first duly sworn, declared that the statements made herein are true and correct.

Subscribed and sworn before me this 23rd day of May, 2008.

_____
Notary of Public, State of Texas

[Notary Seal: MERCEDES E. MENDEZ, Notary Public, State of Texas, Expires 10-19-2011]