1   PATTISHALL, MCAULIFFE, NEWBURY,
     HILLIARD & GERALDSON LLP
2   RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
     THAD CHALOEMTIARANA, Illinois Bar No. 6236829
3   ALEXIS E. PAYNE, Illinois Bar No. 6270412
     311 South Wacker Drive
4   Suite 5000
     Chicago, Illinois 60606
5   Telephone:  (312) 554-8000
     Facsimile:  (312) 554-8015
6   Email: RIG@pattishall.com
             TC@pattishall.com
7             AEP@pattishall.com

8   GLYNN & FINLEY, LLP
     CLEMENT L. GLYNN, Bar No. 57117
9   JONATHAN A. ELDREDGE, Bar No. 238559
     One Walnut Creek Center
10  100 Pringle Avenue, Suite 500
     Walnut Creek, CA 94596
11  Telephone: (925) 210-2800
     Facsimile: (925) 945-1975
12  Email: cglynn@glynnfinley.com
             jeldredge@glynnfinley.com
13
     Attorneys for Plaintiff RELIANT TECHNOLOGIES
14

15                    UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17
                                            )
18  RELIANT TECHNOLOGIES, a Delaware        )   Case No.  C08-02515 MMC
     corporation,                           )
19                                          )   FIRST AMENDED COMPLAINT FOR
                    Plaintiff,              )   CYBERSQUATTING, TRADEMARK
20                                          )   INFRINGEMENT AND UNFAIR
           vs.                              )   COMPETITION
21                                          )
     ROBERT L. MCDANIEL, an individual,     )
22                                          )   DEMAND FOR JURY TRIAL
                    Defendant.              )
23  _____)

24

25

26

27

28

---

- 1 -

FIRST AMENDED COMPLAINT

**COMPLAINT FOR CYBERSQUATTING,**

**TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

## I.    JURISDICTION, VENUE AND INTRADISTRICT ASSIGNMENT

1.    This Court has jurisdiction because this action arises under the Trademark Act of 1946, as amended, (the "Lanham Act"), and, therefore, 28 U.S.C. § 1338(a) and (b) confer jurisdiction.

2.    This Court also has jurisdiction because this is a civil action between citizens of different states and the matter in controversy exceeds the sum or value of $75,000, exclusive of interests and costs.  This Court has jurisdiction over the state law claims under the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

3.    Venue is proper in this Court under 28 U.S.C. § 1391(a) because a substantial part of the events or omissions giving rise to the claims occurred in this judicial district.

4.    Pursuant to Civil Local Rule 3-2 this action is properly brought in the San Jose Division.

## II.    THE PARTIES

5.    Plaintiff, Reliant Technologies, is a Delaware corporation with its principal place of business at 464 Ellis Street, Mountain View, California 94043 ("Reliant").

6.    Defendant, Robert Lane McDaniel is an individual with an address at 4919 Natural Bridge, Kingwood, Texas 77345 ("Defendant").

## III.    FACTS

### A.    Reliant and the FRAXEL Brand

7.    Reliant is in the business of developing clinical solutions for the rejuvenation of aging and environmentally damaged skin.

8.    Since long prior to the acts of Defendant alleged herein, Reliant has advertised and sold FRAXEL medical laser systems for the administration of skin resurfacing treatments.

9.    In addition to FRAXEL, Reliant also sells laser systems under the

FIRST AMENDED COMPLAINT

1    FRAXEL RE:PAIR, the FRAXEL RE:STORE and the FRAXEL RE:FINE marks.

2        10.    Long prior to Defendant's conduct described herein, Reliant has

3    continuously used the inherently distinctive FRAXEL mark for its products throughout the

4    United States and internationally.  As a result, the FRAXEL brand has quickly become known in

5    the industry in association with Reliant's laser systems for aesthetic skin treatments.

6        11.    As a result of Reliant's continuous and extensive marketing and sales and

7    the resulting widespread use of its FRAXEL mark, the public has come to recognize and

8    associate the FRAXEL mark with Reliant and its products.  Consequently, FRAXEL is an

9    extraordinarily well-known mark, and Reliant has come to own an enormously valuable goodwill

10   symbolized by the FRAXEL mark.

11       12.    Reliant owns, among others, U.S. Registration No. 2974491 for FRAXEL

12   for "medical lasers" (the "FRAXEL Marks").

13       13.    Reliant has sold over one hundred million dollars worth of its products

14   under the FRAXEL Marks in the United States and has spent substantial sums in advertising its

15   product under the FRAXEL Marks.

16       14.    As a result of such extensive sales and advertising, the FRAXEL Marks

17   represent extraordinarily valuable goodwill owned by Reliant.

18       15.    Reliant also maintains an active Internet presence to promote its goods.

19   Reliant's primary website is located at <www.fraxel.com>.

20   **B.    Defendant's Infringing Conduct**

21       16.    Upon information and belief, Defendant is a cybersquatter who registers

22   domain names identical with and confusingly similar to well-known trademarks and service

23   marks.

24       17.    Long after Reliant's FRAXEL marks became well-known, Defendant

25   registered the following fifty-seven (57) domain names ("the Infringing Domain Names"):

26           a.    fraxelbaltimore.com

27           b.    fraxelbeverlyhills.com

28           c.    fraxelboston.com

- 3 -

FIRST AMENDED COMPLAINT

| 1 | d. | fraxelcincinnati.com |
| 2 | e. | fraxelcleveland.com |
| 3 | f. | fraxeldenver.com |
| 4 | g. | fraxeldetroit.com |
| 5 | h. | fraxelfortlauderdale.com |
| 6 | i. | fraxelfortworth.com |
| 7 | j. | fraxelindianapolis.com |
| 8 | k. | fraxelkansascity.com |
| 9 | l. | fraxellasvegas.com |
| 10 | m. | fraxelminneapolis.com |
| 11 | n. | fraxelnewyorkcity.com |
| 12 | o. | fraxeloakland.com |
| 13 | p. | fraxelorangecounty.com |
| 14 | q. | fraxelorlando.com |
| 15 | r. | fraxelphoenix.com |
| 16 | s. | fraxelportland.com |
| 17 | t. | fraxelriverside.com |
| 18 | u. | fraxelsacramento.com |
| 19 | v. | fraxelsanantonio.com |
| 20 | w. | fraxelsandiego.com |
| 21 | x. | fraxelsanfrancisco.com |
| 22 | y. | fraxelsanjose.com |
| 23 | z. | fraxelseattle.com |
| 24 | aa. | fraxelstlouis.com |
| 25 | bb. | fraxeltampa.com |
| 26 | cc. | atlantafraxel.com |
| 27 | dd. | baltimorefraxel.com |
| 28 | ee. | bostonfraxel.com |

FIRST AMENDED COMPLAINT

1           ff.    cincinnatifraxel.com

2           gg.    clevelandfraxel.com

3           hh.    dallasfraxel.com

4           ii.    denverfraxel.com

5           jj.    fortworthfraxel.com

6           kk.    houstonfraxel.com

7           ll.    indianapolisfraxel.com

8           mm.    kansascityfraxel.com

9           nn.    lasvegasfraxel.com

10           oo.    minneapolisfraxel.com

11           pp.    newjerseyfraxel.com

12           qq.    newyorkcityfraxel.com

13           rr.    oaklandfraxel.com

14           ss.    orlandofraxel.com

15           tt.    philadelphiafraxel.com

16           uu.    phoenixfraxel.com

17           vv.    portlandfraxel.com

18           ww.    riversidefraxel.com

19           xx.    sacramentofraxel.com

20           yy.    sanantoniofraxel.com

21           zz.    sanbernardinofraxel.com

22           aaa.    sandiegofraxel.com

23           bbb.    sanfranciscofraxel.com

24           ccc.    sanjosefraxel.com

25           ddd.    seattlefraxel.com

26           eee.    stlouisfraxel.com

27        18.    Defendant currently uses the Infringing Domain Names to direct Internet

28    users to web sites that link to various commercial web sites, several of which offer skin laser and

FIRST AMENDED COMPLAINT

1　care products which compete with those offered by Reliant.  Copies of the Domain Name Watch

2　Report pages evidencing Defendant's registration of the Infringing Domain Names are attached

3　hereto as **Exhibit A**, and copies of representative printouts from the web sites located at the

4　Infringing Domain Names are attached hereto as **Exhibit B**.

5　　　　19.　　The Infringing Domain Names are confusingly similar to the FRAXEL

6　Marks because they combine the distinctive and well known FRAXEL mark in its entirety with

7　common, geographically descriptive terms.

8　　　　20.　　Defendant's use of the FRAXEL Marks in connection with the Infringing

9　Domain Names is likely to cause confusion, mistake and deception as to source, sponsorship,

10　affiliation or endorsement, with Reliant and its FRAXEL Marks.

11　　　　21.　　Defendant's use of FRAXEL in connection with the Infringing Domain

12　Names deceptively represents that websites accessible under the Infringing Domain Names are

13　related to or authorized by Reliant.

14　　　　22.　　On information and belief, Defendant's actions have been and continue to

15　be committed intentionally with full knowledge of Reliant's prior rights in its FRAXEL marks

16　and the fact that such actions are likely to cause confusion, mistake or deception, and in a

17　deliberate attempt to trade on Reliant's goodwill.

18　　　　　　　　　**FIRST CLAIM FOR RELIEF**

19　　　　　　　　　　**(CYBERSQUATTING)**

20　　　　23.　　Reliant re-alleges paragraphs 1 through 22, as if fully set forth herein.

21　　　　24.　　On information and belief, Defendant does not have any trademark or

22　other intellectual property rights in the Infringing Domain Names, or any other term identical

23　with or similar to the FRAXEL mark.

24　　　　25.　　On information and belief, the Infringing Domain Names do not consist of

25　the legal name of Defendant or a name that is commonly used to identify Defendant.

26　　　　26.　　On information and belief, Defendant made no legitimate use of any term

27　identical or similar to the FRAXEL mark before registering the Infringing Domain Names.

28

FIRST AMENDED COMPLAINT

1    27.    On information and belief, Defendant has used, and intends to continue

2  using, the Infringing Domain Names to divert Internet users from Reliant's websites to

3  competing websites accessible under the Infringing Domain Names for commercial gain by

4  creating a likelihood of confusion as to the source, sponsorship, affiliation or endorsement of

5  those sites.

6    28.    On information and belief, Defendant's use of the Infringing Domain

7  Names has been and continues to be made with bad faith intent to profit from the FRAXEL

8  Marks.

9    29.    Defendant's actions constitute cybersquatting in violation of the Anti-

10  Cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d).

11    30.    Defendant's acts greatly and irreparably injure Reliant and will continue to

12  so injure Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

13  remedy at law.

14    **SECOND CLAIM FOR RELIEF**

15    **(TRADEMARK INFRINGEMENT)**

16    31.    Reliant re-alleges paragraphs 1 through 30, as if fully set forth herein.

17    32.    Defendant's acts have caused or are likely to cause confusion, mistake or

18  deception as to the source or origin, sponsorship or approval of the Defendant or its goods or

19  services, in that purchasers and others in this judicial district and elsewhere in the United States

20  are likely to believe that Defendant is associated with or related to Reliant and is authorized by

21  Reliant to market and advertise under the FRAXEL Marks.

22    33.    Defendant's acts injure Reliant's image and reputation with consumers in

23  this judicial district and elsewhere in the United States by creating confusion about, and

24  dissatisfaction with, Reliant and its FRAXEL Marks.

25    34.    Defendant's deliberate use of FRAXEL in the Infringing Domain Names

26  constitutes trademark infringement of FRAXEL in violation of Section 32 of the Lanham Act, 15

27  U.S.C. § 1114.

28    35.    Defendant's acts greatly and irreparably damage Reliant and will continue

FIRST AMENDED COMPLAINT

1   to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

2   remedy at law.

3                                    **THIRD CLAIM FOR RELIEF**

4                                    **(UNFAIR COMPETITION)**

5           36.     Reliant re-alleges paragraphs 1 through 35 as if fully set forth herein.

6           37.     Defendant's acts constitute unfair competition with Reliant in violation of

7   Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a), and the common law of the various

8   states, including California.

9           38.     Defendant's acts greatly and irreparably damage Reliant and will continue

10  to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

11  remedy at law.

12                                   **FOURTH CLAIM FOR RELIEF**

13                       **(UNFAIR COMPETITION IN VIOLATION OF CALIFORNIA**

14                       **BUSINESS & PROFESSIONS CODE SECTION 17200 et seq.)**

15          39.     Reliant re-alleges paragraphs 1 through 38, as if fully set forth herein.

16          40.     Defendant's acts constitute unfair competition in violation of and

17  California Unfair Practices Act, Cal Bus. & Prof. Code § 17200 et seq.

18          41.     Defendant's acts greatly and irreparably damage Reliant and will continue

19  to so damage Reliant unless restrained by this Court; wherefore, Reliant is without an adequate

20  remedy at law.

21                                         **PRAYER**

22          WHEREFORE, Reliant prays:

23          1.      That Defendant, and all persons acting in concert or participating with

24  Defendant, be preliminarily and permanently enjoined from:

25          a)      registering or maintaining any registrations of the Infringing Domain Names or

26  any other names, marks, words, designations or symbols consisting of, incorporating in whole or

27  part, or otherwise confusingly similar to the FRAXEL Marks or any other trade names,

28  trademarks or service marks of Reliant;

1    b)    using or claiming ownership of the Infringing Domain Names or any other names,

2    marks, words, designations or symbols consisting of, incorporating in whole or part, or otherwise

3    confusingly similar to the FRAXEL Marks or any other trade names, trademarks or service

4    marks of Reliant;

5    c)    using any names, marks, words, designations or symbols consisting of,

6    incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other trade

7    names, trademarks or service marks of Reliant anywhere on any web site or web sites of

8    Defendant;

9    d)    using any names, marks, words, designations or symbols consisting of,

10   incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other Reliant

11   trade names, trademarks or service marks of Reliant in any buried code, metatags, search terms,

12   keywords, key terms, hits generating pages, or any other devices used, intended, or likely to

13   cause any web site or web sites of Defendant to be listed by any Internet search engines in

14   response to any searches that include any terms identical with or confusingly similar to the

15   FRAXEL Marks or any other trade names, trademarks or service marks of Reliant;

16   e)    offering for sale the Infringing Domain Names or any other names, marks, words,

17   designations or symbols consisting of, incorporating in whole or part, or otherwise confusingly

18   similar to the FRAXEL Marks or any other trade names, trademarks or service marks of Reliant;

19   f)    transferring, to any person or entity other than Reliant, the Infringing Domain

20   Names, or any other names, marks, words, designations or symbols consisting of, incorporating

21   in whole or part, or otherwise confusingly similar to the FRAXEL Marks or any other trade

22   names, trademarks or service marks of Reliant;

23   g)    using any names, marks, words, designations or symbols consisting of,

24   incorporating in whole or part, or otherwise similar to the FRAXEL Marks or any other trade

25   names, trademarks or service marks of Reliant in any e-mail or other marketing solicitations sent

26   to consumers;

27   h)    otherwise infringing the trade names, trademarks or service marks of Reliant;

28   i)    making any description or representation stating or implying that Defendant's

FIRST AMENDED COMPLAINT

1    goods or services, domain names or web sites are in any way affiliated, associated, authorized,

2    sponsored, endorsed or otherwise connected with Reliant; and

3          j)       engaging in any other conduct that is likely to cause confusion or to cause mistake

4    or to deceive as to the source, affiliation, connection or association of Defendant's domain

5    names, web sites, products or services with Reliant.

6          2.       That Defendant be ordered to disclose to the Court and Reliant all other

7    domain name registrations owned directly or indirectly by Defendant, or by entities in which

8    Defendant has a financial interest, to permit the Court and Reliant to consider whether any such

9    other registrations should be subject to relief in this matter.

10         3.       That Defendant, and all persons acting in concert or participating with

11   Defendant, be ordered to transfer to Reliant the Infringing Domain Names and any other

12   infringing domain names as may be determined by the Court as appropriate herein for relief.  15

13   U.S.C. § 1125(d)(1)(C).

14         4.       That Defendant be ordered to pay statutory damages in the amount of

15   $100,000.00 per infringing domain name, for a total statutory damages award of $5,700,000.00

16   for the Infringing Domain Names.  15 U.S.C. § 1117(d).

17         5.       That Defendant be ordered to pay Reliant all profits realized by Defendant

18   by reason of their unlawful acts as set forth in this Complaint.  15 U.S.C. § 1117(a).

19         6.       That Defendant be ordered to pay Reliant all damages suffered by Reliant

20   by reason of Defendant's cybersquatting and trademark infringement as set forth in this

21   Complaint.  15 U.S.C. §§ 1117(a).

22         7.       That the Court award Reliant three times the damages suffered by reason

23   of the intentional, unlawful acts of Defendant as set forth in this Complaint.  15 U.S.C. §§

24   1117(a).

25         8.       That Defendant be required to file with this Court and serve on the

26   undersigned counsel for Reliant, within thirty (30) days after the entry of judgment, a written

27   report under oath setting forth in detail the manner in which Defendant has complied with the

28   injunction ordered by this Court.  15 U.S.C. § 1116.

FIRST AMENDED COMPLAINT

1        9.    That Defendant be ordered to pay to Reliant the costs of this action and its

2    reasonable attorneys' fees.  15 U.S.C. §§ 1117(a).

3        10.    That Reliant shall have such other relief as this Court may deem just and

4    proper.

5        Dated:  June 𝑅 , 2008

6                                                     PATTISHALL, MCAULIFFE, NEWBURY,
                                                       HILLIARD & GERALDSON LLP
7                                                     RAYMOND I. GERALDSON, JR.
                                                     THAD CHALOEMTIARANA
8                                                     ALEXIS E. PAYNE
                                                     311 South Wacker Drive
9                                                     Suite 5000
                                                     Chicago, Illinois  60606
10
                                                     GLYNN & FINLEY, LLP
11                                                    CLEMENT L. GLYNN
                                                     JONATHAN A. ELDREDGE
12                                                    One Walnut Creek Center
                                                     100 Pringle Avenue, Suite 500
13                                                    Walnut Creek, CA  94596

14

15                                                    By
                                                     Attorneys for Plaintiff
16                                                    Reliant Technologies

17

18

19

20

21

22

23

24

25

26

27

28

FIRST AMENDED COMPLAINT

1    **DEMAND FOR JURY TRIAL**

2         Pursuant to Civil Local Rule 3-6, plaintiff Reliant Technologies hereby demands

3    trial by jury in this action.

4

5         Dated:  June ⌐, 2008

                                              PATTISHALL, MCAULIFFE, NEWBURY,
6                                               HILLIARD & GERALDSON LLP
                                              RAYMOND I. GERALDSON, JR.
7                                             THAD CHALOEMTIARANA
                                              ALEXIS E. PAYNE
8                                             311 South Wacker Drive
                                              Suite 5000
9                                             Chicago, Illinois  60606

10                                            GLYNN & FINLEY, LLP
                                              CLEMENT L. GLYNN
11                                            JONATHAN A. ELDREDGE
                                              One Walnut Creek Center
12                                            100 Pringle Avenue, Suite 500
                                              Walnut Creek, CA  94596

13

14                                            By _____
                                              Attorneys for Plaintiff
15                                            Reliant Technologies

16

17

18

19

20

21

22

23

24

25

26

27

28

- 12 -

FIRST AMENDED COMPLAINT

# EXHIBIT A

# FRAXELBALTIMORE.COM

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELBALTIMORE.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc's Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELBEVERLYHILLS.COM

Ref: 11

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELBEVERLYHILLS.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the |

FRAXEL

domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELBOSTON.COM

Ref: 12

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELBOSTON.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database

FRAXEL

in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## FRAXELCINCINNATI.COM

Ref: 13

**Registered by:**          GODADDY.COM, INC.

**Registrant:**          Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELCINCINNATI.COM

**Administrative Contact:**          McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**          McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**          Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## FRAXELCLEVELAND.COM

Ref: 14

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELCLEVELAND.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELDENVER.COM

Ref: 15

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELDENVER.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

Search: 46889011                     Analyst: JOEL FELDMAN                     Domain Name Watch Page: 12

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high-volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELDETROIT.COM

Ref: 16

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELDETROIT.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008.
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high-volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in

FRAXEL

GoDaddy.com, Inc.'s WhoIs database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

# FRAXELFORTLAUDERDALE.COM

Ref: 17

**Registered by:**   GODADDY.COM, INC.

**Registrant:**   Bob McDaniel 4919 Natural Bridge Kingwood,. Texas 77345 United States Domain Name: FRAXELFORTLAUDERDALE.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**   Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial adver- tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

# FRAXELFORTWORTH.COM

Ref: 18

**Registered by:**   GODADDY.COM, INC.

FRAXEL

| | |
|---|---|
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELFORTWORTH.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# FRAXELINDIANAPOLIS.COM

Ref: 19

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELINDIANAPOLIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: **JOEL FELDMAN**                    Domain Name Watch Page: 15

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# FRAXELKANSASCITY.COM

Ref: 20

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELKANSASCITY.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

FRAXEL

## FRAXELLASVEGAS.COM

Ref: 23

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELLASVEGAS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

## FRAXELMINNEAPOLIS.COM

Ref: 24

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELMINNEAPOLIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is |

FRAXEL

currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field: In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELNEWYORKCITY.COM

Ref: 25

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELNEWYORKCITY.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | **Record created on 22-feb-2008** |

**Record last updated on 22-feb-2008**
**Record expires on 22-feb-2009** NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing

FRAXEL

registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELOAKLAND.COM

Ref: 26

**Registered by:** GODADDY.COM, INC.

**Registrant:** Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELOAKLAND.COM

**Administrative Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:** McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:** Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELORANGECOUNTY.COM

Ref: 27

Search: 46889011          Analyst: JOEL FELDMAN          Domain Name Watch Page: 20

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge, Texas 77345 United States Domain Name: FRAXELORANGECOUNTY.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

Real-Time whois Data

---

## FRAXELORLANDO.COM

Ref: 28

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELORLANDO.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELPHOENIX.COM

Ref: 29

**Registered by:**   GODADDY.COM, INC.

**Registrant:**   Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELPHOENIX.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**   Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in

FRAXEL

| | |
|---|---|
| **Registrant:** | Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States Domain Name: FRAXELPICTURETHISDT.COM |
| **Administrative Contact:** | Drain, Colin cdrain@reliant-tech.com Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States (650) 473-0200 |
| **Technical Contact:** | Drain, Colin cdrain@reliant-tech.com Reliant Technologies 464 Ellis St. Mountain View, California 94043 United States (650) 473-0200 |
| **Record History:** | Record created on 21-feb-2008<br>Record last updated on 21-feb-2008<br>Record expires on 21-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field, In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# FRAXELPORTLAND.COM

Ref: 32

| | |
|---|---|
| **Registered by:** | GODADDY,COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELPORTLAND.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 24

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States Domain Name; FRAXELRESTORELA-SER.COM |
| **Administrative Contact:** | Private, Registration FRAXELRESTORELASER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Technical Contact:** | Private, Registration FRAXELRESTORELASER.COM@domainsbyproxy.com Domains by Proxy, Inc. DomainsByProxy.com 15111 N. Hayden Rd., Ste 160, PMB 353 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2599 |
| **Record History:** | Record created on 26-feb-2008 Record last updated on 26-feb-2008 Record expires on 26-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, or otherwise support the transmission of mass unsolicited, commercial adver-tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS11.DOMAINCONTROL.COM NS12.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# FRAXELRIVERSIDE.COM

Ref: 36

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELRIVERSIDE.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the. |

**Search:** 46889011          Analyst: JOEL FELDMAN          Domain Name Watch Page: 27

FRAXEL

domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSACRAMENTO.COM

Ref: 37

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSACRAMENTO.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database |

**FRAXEL**

in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## FRAXELSANANTONIO.COM

Ref: 38

**Registered by:**                    GODADDY.COM, INC.

**Registrant:**                       Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANANTONIO.COM

**Administrative Contact:**           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**                McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**                   Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## FRAXELSANDIEGO.COM

Ref: 39

Search: 46889011                   **Analyst: JOEL FELDMAN**           Domain Name Watch Page: 29

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANDIEGO.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

| | |
|---|---|
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## FRAXELSANFRANCISCO.COM

Ref: 40

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANFRANCISCO.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or

FRAXEL

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

## FRAXELSANJOSE.COM

Ref: 41

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSANJOSE.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | **Record created on** 22-feb-2008 **Record last updated on** 22-feb-2008 **Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in |

FRAXEL

GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSEATTLE.COM

Ref: 42

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSEATTLE.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## FRAXELSTLOUIS.COM

Ref: 43

**Registered by:**

GODADDY.COM, INC.

FRAXEL

| | |
|---|---|
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELSTLOUIS.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

---

# FRAXELTAMPA.COM

Ref: 44

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FRAXELTAMPA.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") |

Search: 46889011                    Analyst: JOEL FELDMAN                    Domain Name Watch Page: 33

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## ATLANTAFRAXEL.COM

Ref: 45

**Registered by:**     GODADDY.COM, INC.

**Registrant:**     Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: ATLANTAFRAXEL.COM

**Administrative Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**     Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

FRAXEL

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## BALTIMOREFRAXEL.COM

Ref: 46

**Registered by:**   GODADDY.COM, INC.

**Registrant:**   Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: BALTIMOREFRAXEL.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**   Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## BOSTONFRAXEL.COM

Ref: 47

**Registered by:**   GODADDY.COM, INC.

**Registrant:**   Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: BOSTONFRAXEL.COM

FRAXEL

| | |
|---|---|
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

## CINCINNATIFRAXEL.COM

Ref: 48

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: CINCINNATIFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to |

**Search: 46889011**     **Analyst: JOEL FELDMAN**     **Domain Name Watch Page: 36**

FRAXEL

abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## CLEVELANDFRAXEL.COM

Ref: 49

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: CLEVELANDFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are automated and high-volume except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited

---

Search: 46889011                    Analyst: JOEL FELDMAN            Domain Name Watch Page: 37

FRAXEL

Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## DALLASFRAXEL.COM                                                          Ref: 50

Registered by:                    GODADDY.COM, INC.

Registrant:                       Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                  Name: DALLASFRAXEL.COM

Administrative Contact:           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                  Texas 77345 United States (281) 844-7364

Technical Contact:                McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                  Texas 77345 United States (281) 844-7364

Record History:                   Record created on 22-feb-2008
                                  Record last updated on 22-feb-2008
                                  Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                                  is the date the registrar's sponsorship of the domain name registration in the registry is
                                  currently set to expire. This date does not necessarily reflect the expiration date of the
                                  domain name registrant's agreement with the sponsoring registrar. Users may consult
                                  the sponsoring registrar's Whois database to view the registrar's reported date of
                                  expiration for this registration. TERMS OF USE: You are not authorized to access or
                                  query our Whois database through the use of electronic processes that are high-volume
                                  and automated except as reasonably necessary to register domain names or modify
                                  existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                                  Whois database is provided by VeriSign for information purposes only, and to assist
                                  persons in obtaining information about or related to a domain name registration record.
                                  VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                                  abide by the following terms of use: You agree that you may use this Data only for
                                  lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                                  enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                                  tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                                  automated, electronic processes that apply to VeriSign (or its computer systems). The
                                  compilation, repackaging, dissemination or other use of this Data is expressly
                                  prohibited without the prior written consent of VeriSign. You agree not to use
                                  electronic processes that are automated and high-volume to access or query the Whois
                                  database except as reasonably necessary to register domain names or modify existing
                                  registrations. VeriSign reserves the right to restrict your access to the Whois database
                                  in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                                  your access to the Whois database for failure to abide by these terms of use. VeriSign
                                  reserves the right to modify these terms at any time. The data contained in
                                  GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                                  an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

Domain Servers in Listed Order:   NS33.DOMAINCONTROL.COM
                                  NS34.DOMAINCONTROL.COM
                                  Status: clientDeleteProhibited
                                  Status: clientRenewProhibited
                                  Status: clientTransferProhibited
                                  Status: clientUpdateProhibited

Real-Time whois Data

---

## DENVERFRAXEL.COM                                                          Ref: 51

Registered by:                    GODADDY.COM, INC.

Registrant:                       Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                                  Name: DENVERFRAXEL.COM

Administrative Contact:           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                                  Texas 77345 United States (281) 844-7364

---

FRAXEL

**Technical Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**  Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# FORTWORTHFRAXEL.COM

Ref: 52

**Registered by:**  GODADDY.COM, INC.

**Registrant:**  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: FORTWORTHFRAXEL.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**  Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow,

Search: 46889011                 Analyst: JOEL FELDMAN              Domain Name Watch Page: 39

FRAXEL

enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

## Real-Time whois Data

---

## HOUSTONFRAXEL.COM

Ref: 53

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: HOUSTONFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | **Record created on** 22-feb-2008 |

**Record last updated on** 22-feb-2008
**Record expires on** 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited

Search: 46889011                Analyst: JOEL FELDMAN                Domain Name Watch Page: 40

FRAXEL

Status: clientUpdateProhibited

Real-Time whois Data

## INDIANAPOLISFRAXEL.COM

Ref: 54

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: INDIANAPOLISFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Record History: | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| Domain Servers in Listed Order: | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

Real-Time whois Data

## KANSASCITYFRAXEL.COM

Ref: 55

| | |
|---|---|
| Registered by: | GODADDY.COM, INC. |
| Registrant: | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: KANSASCITYFRAXEL.COM |
| Administrative Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| Technical Contact: | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |

Search: 46889011                Analyst: JOEL FELDMAN                Domain Name Watch Page: 41

FRAXEL

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## LASVEGASFRAXEL.COM

Ref: 56

**Registered by:**

GODADDY.COM, INC.

**Registrant:**

Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: LASVEGASFRAXEL.COM

**Administrative Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**

McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**

Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The

FRAXEL

compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# MINNEAPOLISFRAXEL.COM                                              Ref: 57

**Registered by:**              GODADDY.COM, INC.

**Registrant:**                 Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: MINNEAPOLISFRAXEL.COM

**Administrative Contact:**     McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**          McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**             Record created on 22-feb-2008
                                Record last updated on 22-feb-2008
                                Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**       NS33.DOMAINCONTROL.COM
                                          NS34.DOMAINCONTROL.COM
                                          Status: clientDeleteProhibited
                                          Status: clientRenewProhibited
                                          Status: clientTransferProhibited
                                          Status: clientUpdateProhibited

**Real-Time whois Data**

Search: 46889011                          Analyst: JOEL FELDMAN                Domain Name Watch Page: 43

FRAXEL

# NEWJERSEYFRAXEL.COM

Ref: 58

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: NEWJERSEYFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# NEWYORKCITYFRAXEL.COM

Ref: 59

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: NEWYORKCITYFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is |

FRAXEL

currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## OAKLANDFRAXEL.COM

Ref: 60

**Registered by:**            GODADDY.COM, INC.

**Registrant:**              Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: OAKLANDFRAXEL.COM

**Administrative Contact:**  McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**       McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**          Record created on 22-feb-2008
                             Record last updated on 22-feb-2008
                             Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing

FRAXEL

registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## ORLANDOFRAXEL.COM

Ref: 61

**Registered by:**               GODADDY.COM, INC.

**Registrant:**                  Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: ORLANDOFRAXEL.COM

**Administrative Contact:**      McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**           McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**              Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**      NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## PHILADELPHIAFRAXEL.COM

Ref: 62

Search: 46889011              Analyst: JOEL FELDMAN              Domain Name Watch Page: 46

FRAXEL

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PHILADELPHIAFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM<br>NS34.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# PHOENIXFRAXEL.COM

Ref: 63

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PHOENIXFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008<br>Record last updated on 22-feb-2008<br>Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or |

Search: 46889011                Analyst: JOEL FELDMAN                Domain Name Watch Page: 47

**FRAXEL**

query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## PORTLANDFRAXEL.COM

Ref: 64

**Registered by:**        GODADDY.COM, INC.

**Registrant:**        Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: PORTLANDFRAXEL.COM

**Administrative Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**        Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in

FRAXEL

Domain Servers in Listed Order:

GoDaddy.com, Inc.'s WhoIs database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## RIVERSIDEFRAXEL.COM

Ref: 65

**Registered by:**   GODADDY.COM, INC.

**Registrant:**   Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: RIVERSIDEFRAXEL.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**   Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s WhoIs database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

---

## SACRAMENTOFRAXEL.COM

Ref: 66

**Registered by:**   GODADDY.COM, INC.

Search: 46889011              Analyst: JOEL FELDMAN              Domain Name Watch Page: 49

FRAXEL

| | |
|---|---|
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SACRAMENTOFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## SANANTONIOFRAXEL.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANANTONIOFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")

FRAXEL

Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

# SANBERNARDINOFRAXEL.COM

Ref: 68

**Registered by:**                     GODADDY.COM, INC.

**Registrant:**                        Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANBERNARDINOFRAXEL.COM

**Administrative Contact:**            McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Technical Contact:**                 McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364

**Record History:**                    Record created on 22-feb-2008
Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

Search: 46889011                     Analyst: JOEL FELDMAN                     Domain Name Watch Page: 51

FRAXEL

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## SANDIEGOFRAXEL.COM

Ref: 69

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANDIEGOFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 |

Record last updated on 22-feb-2008
Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## SANFRANCISCOFRAXEL.COM

Ref: 70

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANFRANCISCOFRAXEL.COM |

FRAXEL

| | |
|---|---|
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations, the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**Real-Time whois Data**

---

# SANJOSEFRAXEL.COM

Ref: 71

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SANJOSEFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations, the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to |

FRAXEL

abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**

NS33.DOMAINCONTROL.COM
NS34.DOMAINCONTROL.COM
Status: clientDeleteProhibited
Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**Real-Time whois Data**

---

## SEATTLEFRAXEL.COM

Ref: 72

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain Name: SEATTLEFRAXEL.COM |
| **Administrative Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Technical Contact:** | McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood, Texas 77345 United States (281) 844-7364 |
| **Record History:** | Record created on 22-feb-2008 Record last updated on 22-feb-2008 Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record is the date the registrar's sponsorship of the domain name registration in the registry is currently set to expire. This date does not necessarily reflect the expiration date of the domain name registrant's agreement with the sponsoring registrar. Users may consult the sponsoring registrar's Whois database to view the registrar's reported date of expiration for this registration. TERMS OF USE: You are not authorized to access or query our Whois database through the use of electronic processes that are high-volume and automated except as reasonably necessary to register domain names or modify existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign") Whois database is provided by VeriSign for information purposes only, and to assist persons in obtaining information about or related to a domain name registration record. VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to abide by the following terms of use: You agree that you may use this Data only for lawful purposes and that under no circumstances will you use this Data to: (1) allow, enable, or otherwise support the transmission of mass unsolicited, commercial advertising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume, automated, electronic processes that apply to VeriSign (or its computer systems). The compilation, repackaging, dissemination or other use of this Data is expressly prohibited without the prior written consent of VeriSign. You agree not to use electronic processes that are automated and high-volume to access or query the Whois database except as reasonably necessary to register domain names or modify existing registrations. VeriSign reserves the right to restrict your access to the Whois database in its sole discretion to ensure operational stability. VeriSign may restrict or terminate your access to the Whois database for failure to abide by these terms of use. VeriSign reserves the right to modify these terms at any time. The data contained in GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc. |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM NS34.DOMAINCONTROL.COM Status: clientDeleteProhibited |

Search: 46889011    Analyst: JOEL FELDMAN    Domain Name Watch Page: 54

FRAXEL

Status: clientRenewProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

Real-Time whois Data

## STLOUISFRAXEL.COM                                                          Ref: 73

**Registered by:**            GODADDY.COM, INC.

**Registrant:**              Bob McDaniel 4919 Natural Bridge Kingwood, Texas 77345 United States Domain
                             Name: STLOUISFRAXEL.COM

**Administrative Contact:**   McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                             Texas 77345 United States (281) 844-7364

**Technical Contact:**        McDaniel, Bob bmcdaniel@adsmartmedical.com 4919 Natural Bridge Kingwood,
                             Texas 77345 United States (281) 844-7364

**Record History:**           Record created on 22-feb-2008
                             Record last updated on 22-feb-2008
                             Record expires on 22-feb-2009 NOTICE: The expiration date displayed in this record
                             is the date the registrar's sponsorship of the domain name registration in the registry is
                             currently set to expire. This date does not necessarily reflect the expiration date of the
                             domain name registrant's agreement with the sponsoring registrar. Users may consult
                             the sponsoring registrar's Whois database to view the registrar's reported date of
                             expiration for this registration. TERMS OF USE: You are not authorized to access or
                             query our Whois database through the use of electronic processes that are high-volume
                             and automated except as reasonably necessary to register domain names or modify
                             existing registrations; the Data in VeriSign Global Registry Services' ("VeriSign")
                             Whois database is provided by VeriSign for information purposes only, and to assist
                             persons in obtaining information about or related to a domain name registration record.
                             VeriSign does not guarantee its accuracy. By submitting a Whois query, you agree to
                             abide by the following terms of use: You agree that you may use this Data only for
                             lawful purposes and that under no circumstances will you use this Data to: (1) allow,
                             enable, or otherwise support the transmission of mass unsolicited, commercial adver-
                             tising or solicitations via e-mail, telephone, or facsimile; or (2) enable high volume,
                             automated, electronic processes that apply to VeriSign (or its computer systems). The
                             compilation, repackaging, dissemination or other use of this Data is expressly
                             prohibited without the prior written consent of VeriSign. You agree not to use
                             electronic processes that are automated and high-volume to access or query the Whois
                             database except as reasonably necessary to register domain names or modify existing
                             registrations. VeriSign reserves the right to restrict your access to the Whois database
                             in its sole discretion to ensure operational stability. VeriSign may restrict or terminate
                             your access to the Whois database for failure to abide by these terms of use. VeriSign
                             reserves the right to modify these terms at any time. The data contained in
                             GoDaddy.com, Inc.'s Whois database, permission of GoDaddy.com, Inc. By submitting
                             an inquiry, in the "registrant" field. In most cases, GoDaddy.com, Inc.

**Domain Servers in Listed Order:**
                             NS33.DOMAINCONTROL.COM
                             NS34.DOMAINCONTROL.COM
                             Status: clientDeleteProhibited
                             Status: clientRenewProhibited
                             Status: clientTransferProhibited
                             Status: clientUpdateProhibited

Real-Time whois Data

# EXHIBIT B

| Domain Name: | Link Status: |
|---|---|
| fraxelbaltimore.com | Holding Page |
| fraxelbeverlyhills.com | Holding Page |
| fraxelboston.com | Holding Page |
| fraxelcincinnati.com | Holding Page |
| fraxelcleveland.com | Holding Page |
| fraxeldenver.com | Holding Page |
| fraxeldetroit.com | Holding Page |
| fraxelfortlauderdale.com | Holding Page |
| fraxelfortworth.com | Holding Page |
| fraxelindianapolis.com | Holding Page |
| fraxelkansascity.com | Holding Page |
| fraxellasvegas.com | Holding Page |
| fraxelminneapolis.com | Holding Page |
| fraxelnewyorkcity.com | Holding Page |
| fraxeloakland.com | Holding Page |
| fraxelorangecounty.com | Holding Page |
| fraxelorlando.com | Holding Page |
| fraxelphoenix.com | Holding Page |
| fraxelportland.com | Holding Page |
| fraxelriverside.com | Holding Page |
| fraxelsacramento.com | Holding Page |
| fraxelsanantonio.com | Holding Page |
| fraxelsandiego.com | Holding Page |
| fraxelsanfrancisco.com | Holding Page |
| fraxelsanjose.com | Holding Page |
| fraxelseattle.com | Holding Page |
| fraxelstlouis.com | Holding Page |
| fraxeltampa.com | Holding Page |
| atlantafraxel.com | Holding Page |
| baltimorefraxel.com | Holding Page |
| bostonfraxel.com | Holding Page |
| cincinnatifraxel.com | Holding Page |
| clevelandfraxel.com | Holding Page |
| dallasfraxel.com | Holding Page |
| denverfraxel.com | Holding Page |
| fortworthfraxel.com | Holding Page |
| houstonfraxel.com | Holding Page |
| indianapolisfraxel.com | Holding Page |
| kansascityfraxel.com | Holding Page |
| lasvegasfraxel.com | Holding Page |
| minneapolisfraxel.com | Holding Page |
| newjerseyfraxel.com | Holding Page |
| newyorkcityfraxel.com | Holding Page |
| oaklandfraxel.com | Holding Page |

| | |
|---|---|
| orlandofraxel.com | Holding Page |
| philadelphiafraxel.com | Holding Page |
| phoenixfraxel.com | Holding Page |
| portlandfraxel.com | Holding Page |
| riversidefraxel.com | Holding Page |
| sacramentofraxel.com | Holding Page |
| sanantoniofraxel.com | Holding Page |
| sanbernardinofraxel.com | Holding Page |
| sandiegofraxel.com | Holding Page |
| sanfranciscofraxel.com | Holding Page |
| sanjosefraxel.com | Holding Page |
| seattlefraxel.com | Holding Page |
| stlouisfraxel.com | Holding Page |

# www.fraxelbaltimore.com
This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Baltimore Surgery**
Cosmetic surgery financing. No one is turned down. Starts at $99 down.
Doctorssayyes.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Laser Hair Removal**
Need a dermatologist in your area? Diagnosis & treatment
LakeviewDerm.net

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Advanced Hair Removal**
Modern Breakthrough in Hair Removal Better than laser Call 847-995-8760
www.AdvancedMedicalInstitute.com

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

|                                                      | Search |


Build a Web site in minutes with WebSite Tonight®
Point & Click – it's that easy!
From $3.99/month!
Includes FREE Hosting & Email



QUICK SHOPPING CART
Get your own online store – in minutes.
No technical expertise required and no set-up fees.
From $7.99/month!



SSL Secure Certificates  https://
Up to 256-bit encryption
99% browser recognition
Issued within minutes
From $29.99/year


This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelbeverlyhills.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Advanced Hair Removal
Modern Breakthrough in Hair Removal Better than Laser Call 847-995-8760
www.AdvancedMedicalInstitute.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Skin Treatments
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

### Oak Park Hair Removal
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Acne Treatments
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Hair Removal Chicago
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Laser Hair Removal
Laser hair removal in Chicago Diagnosis & treatment
LakeviewDerm.net

Search

This page is provided courtesy of  GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelboston.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored Links

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Skin Laser
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Advanced Hair Removal
Modern Breakthrough in Hair Removal Better than laser Call 847-995-8760
www.AdvancedMedicalInstitute.com

### American Laser Centers
Imagine Not Having To Shave, Tweeze Or Wax.
www.LaserHairRemoval.com

### Laser Hair Removal
Need a dermatologist in your area? Derotologist treatments
LakeviewDerm.net

### Laser Hair Removal
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Laser Hair Removal
Trustworthy Service We Can Give You The Look You Want
LaserForLess.com

Search







LIMITED-TIME OFFER
$1.99* No Qty Limit Domains
FREE with every domain name:
► Hosting with Web builder
► Quick Blogcast
► Complete Email AND MORE!

Find a domain name now:
.com    GO
Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents
per domain name year.

**Related Searches**

Fotofacial Laser
Scar Laser
Hair Removal Woman
Acne Scar Removal Cost
Laser Treatments
Fraxel Laser Surgery

Visit GoDaddy.com for the best values on Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelcincinnati.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Pulsed-Light Hair Removal**
Better Than Laser Hair Removal Buy 1 Get 1 Free. Call 847.995.8760
www.AdvancedMedicalInstitute.com

**Laser Surgery**
Laser Surgery info Compare prices and save!
SurgeryInformation.org

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Oak Park Hair Removal**
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Fraxel Laser Treatment**
Fine Lines, Wrinkles and Age Spots Locate a local cosmetic surgeon
www.AmericanHealthAndBeauty.com

**Laser Hair Removal**
Need a dermatologist in your area? Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

Search

 
No technical expertise required and no set-up fees.
**From $7.99/month!**

  
Memberships just $4.99/year! Lowest commissions!


Up to 256-bit encryption
99% browser recognition
Issued within minutes
**From $29.99/year**

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelcleveland.com

This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Cosmetic Surgery**
Locate board certified surgeons and get guaranteed financing.
www.newimage.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Laser Hair Removal**
Need a dermatologist in your area? Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Pulsed-Light Hair Removal**
Modern Breakthrough in Hair Removal Less Painful! Call 847-995-8760
www.AdvancedMedicalInstitute.com

|  | Search |
|---|---|







Memberships just $4.99/year!
Lowest commissions!



Up to 256-bit encryption

99% browser recognition

Issued within minutes

**From $29.99/year**

This page is provided courtesy of  GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxeldenver.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Want A Plastic Surgeon?**
21 Years Of Experience Serving Denver & Surrounding Areas
CosmeticSurgeryAlbin.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

**Laser Hair Removal**
Need a dermatologist in your area? Your Skin Care Professional
storefront.dexonline.com/center-for

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

[                                                      ] [ Search ]



QUICK SHOPPING CART®
Get your own online store – in minutes.
No technical expertise required and no set-up fees.
From $7.99/month!




Click. Bid. Buy. Sell. SOLD!
The smart choice for buying & selling domains
Memberships just $4.99/year!
Lowest commissions!


THE DOMAIN NAME AFTERMARKET.com®


SSL Secure Certificates    https://
Up to 256-bit encryption
99% browser recognition
Issued within minutes
From $29.99/year



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxeldetroit.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Acne Scars**
You Don't Have To Live With Them Free Consultation- Call Us Today
www.MedSalonSpa.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Premiere Laser Center**
Laser Treatments, Microderm, Peels, Skin Care Products in Rochester, MI
www.skinofthestars.com

**Laser Hair Removal**
Laser hair removal in Suburban Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Fast, Reliable, Secure Web Hosting**

99.9% Guaranteed Uptime
No Setup Fee or Annual Commitment
Generous Storage & Bandwidth
Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products

**AND MORE!**
See product catalog

QUICK SHOPPING CART

**Get your own online store – in minutes.**

**No technical expertise required and no set-up fees.**

**From $7.99/month!**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelfortlauderdale.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### Plastic Surgery
$99 down gets you started. No one is turned down. Create a new you!
Doctorssayyes.com

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Cosmetic Surgery
Plastic surgery from UW Health Request a private consultation
www.uwhealth.org/transformations

### Chicago Plastic Surgeons
Are you ready to look amazing? Find the right plastic surgeon for you.
PlasticSurgeonsInChicago.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Nayak Plastic Surgery
Specializing in Face, Eyelid, and Neck Lifts Under Local Anesthesia
www.nayakplasticsurgery.com

### Medical Tourism Mexico
Tummy Tuck, Breast Augmentation, Liposuction and more...
www.medicaltourism.com.mx

### Rhinoplasty New York City
Dr. Howard Bellin - Expert Surgeon Beautiful Noses, Experience -Trust
www.Rhinoplasty-Expert-New-York.com

### Plastic Surgery Financing
Declined? Bad offer? We try harder. Board Certified Surgeons. Why wait?
www.BreastAugUSA.com

### Plastic Surgery in Mexico
A Smart Alternative in Cosmetic Surgery. Board Certified Dr Romero!
www.tijuana-cosmetic-surgery.com

[ Search ]



QUICK SHOPPING CART®

Get your own online store – in minutes.

No technical expertise required and no set-up fees.

From $7.99/month!





Click. Bid. Buy. Sell. SOLD!

The smart choice for buying & selling domains

Memberships just $4.99/year!
Lowest commissions!



THE DOMAIN NAME AFTERMARKET.com™



SSL Secure Certificates https://

Up to 256-bit encryption
99% browser recognition
Issued within minutes

From $29.99/year



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelfortworth.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored links:

> **Fraxel Laser Treatment**
> FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
> www.AmericanHealthAndBeauty.com

> **Arlington Skin Care**
> An Environment You Can Trust. Call Us Today For Any Skin Care Need.
> www.62Renew.com

> **Liposuction Fort Worth**
> Liposuction Fort Worth info Compare prices and save!
> LiposuctionGuides.org

> **Fort Worth Top Surgeons**
> Board-Certified Plastic Surgeons Top Rated Forth Worth Surgeons
> www.1800mySurgeon.com

> **Fort Worth, TX Dentist**
> Whitening, Bonding, & Veneers 25 Years Experience, Call Today.
> www.SusanHollar.com

> **Signs Now: All Sign Types**
> Outdoor & Indoor Sign Capabilities. Check Out Gallery - Get Free Quote!
> www.signsnowarlington.com

> **Dallas Cosmetic Surgery**
> Face Lifts, Breast Augmentations, Lipo, Tummy Tucks. Call Dr. David!
> www.drliland.com

> **Fort WorthTX Self Storage**
> Securlock - South West Fort Worth 50% OFF - 183 & Vickery
> securlock.com

> **Fort Worth TX Hotels**
> The Texas Hotel Site. Discount Fort Worth TX Hotels.
> texashotel.org/Fort-Worth

> **Fort Worth Skin Treatment**
> Find user-reviewed Skin Treatment in your city or zip code!
> dallas.Citysearch.com



**LIMITED-TIME OFFER**

$1.99* No Qty Limit **Domains** Now, with any non-domain purchase!

FREE with every domain name:
- Hosting with Web builder
- Quick Blogcast
- Complete Email
- AND MORE!

*Find a domain name now:*

[_____] .com [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

**Related Searches**

- Fort Worth Map
- FT Worth Motel
- Plastic Surgery
- Surgery Center Fort Worth Texas
- Plastic Surgeon Fort Worth TX
- Plastic Surgeon DFW

**Visit GoDaddy.com for the best values on: Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE!** See product catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

Start a domain search: [        ] [ .com ▾ ] [ GO! ]

Today's Offers 

# www.fraxelindianapolis.com

This page is parked free, courtesy of GoDaddy.com



Go Daddy.com
The web
is your Domain!™

LIMITED-TIME OFFER
$1.99 * No Qty Limit
Domains
Now, with any non-domain purchase!
FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

Find a domain name now:
[        ] [ .com ▾ ] [ GO ]
Advanced Search     ICANN ACCREDITED
*Plus ICANN fee of 20 cents per domain name year.

## Sponsored Listings

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Breast Augmentation**
Locate board certified surgeons and get guaranteed financing.
www.newimage.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**UW Health Transformations**
Comprehensive plastic and cosmetic surgery for the face breast & body
www.uwhealth.org/transformations

**Cosmetic Surgery**
Looking Into Cosmetic Surgery? Search In Your Local Area Now.
www.justclicklocal.com

**Cosmetic Surgery**
Cosmetic Surgery Indianapolis info Compare prices and save!
CosmeticGuides.org

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Indiana Breast Surgery**
Affordable breast procedures from board-certified surgeons
www.1800BeYourBest.com

**Laser Hair Removal**
Laser hair removal in Suburban Your Skin Care Professional
storefront.dexonline.com/center-for

### Related Searches

**Indianapolis Tickets**

**Indianapolis Surgery**

**Indianapolis 500**

**Indianapolis Travel**

**Laser Hair Surgery**

**Indianapolis Cosmetic Surgeon**

Not what you are looking for?

[                                                                    ]
[ Submit ]

· 99.9% Guaranteed Uptime
· No Setup Fee or Annual Commitment
· Generous Storage & Bandwidth
· Free, Expert 24/7 Support
· And MUCH More!

Flexible plans as low as $3.43/mo!
**Learn more**

This domain is parked FREE, courtesy of GoDaddy.com®

Visit GoDaddy.com for the best values on
Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See Our Product Catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registar**
for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelkansascity.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Oak Park Hair Removal**
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Skin Treatments**
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Laser Surgery**
Laser Surgery info Compare prices and save!
SurgeryInformation.org

**GentleLASE Laser Service**
Repair & Service for Candela lasers Fibers, Sliders, Cryogen, Windows
www.LaserScientific.com



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



Memberships just $4.99/year! Lowest commissions!



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

3/24/2008 2:26 PM

www.fraxellasvegas.com     http://www.fraxellasvegas.com/

# www.fraxellasvegas.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Las Vegas Resorts**
Choose from a variety of resorts on Vegas.com. Search now!
www.VEGAS.com

**Hotels in Vegas 75% Off**
Savings at all Las Vegas hotels. Book today and save!
www.TripRes.com/LasVegas

**Las Vegas Tee Times**
Free Las Vegas Tee Time Service. Every Course. Call Or Book Online.
www.LVTeeTimes.com

**Spamalot - Wynn Las Vegas**
Monty Python's Spamalot Showing at Wynn Las Vegas. Get Tickets Online!
www.WynnLasVegas.com/Spamalot

**Las Vegas Entertainment**
Get discounts on Las Vegas shows, attractions, and hotels.
the-lasvegasentertainment.info

**South Point Hotel Casino**
Las Vegas deluxe hotel rooms from $70. Book direct & save.
www.SouthPointCasino.com

**Show Tickets Las Vegas**
Looking for Las Vegas Shows? Las Vegas Show Tickets for less.
Show-Tickets-Las-Vegas.buyfly.com

**Las Vegas Deals**
Deals for Las Vegas Deals A Limited Time Offer.
SideStep.com

**Las Vegas Cheap**
Searching for Las Vegas cheap? Visit our Las Vegas cheap guide.
EfficientFinds.com

**All Las Vegas Shows**
Reserve tickets for all Vegas Shows Best rates on all Las Vegas Shows!
www.VegasView.com/Shows

Search

**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

Domain Names
Web Hosting
Web Site Builders
Email Accounts
SSL Certificates
Ecommerce Products

**AND MORE!**

See product catalog



**Point & Click –**
it's that easy!

From $3.99/month!

Includes FREE Hosting & Email



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelminneapolis.com

This page is parked free, courtesy of GoDaddy.com





LIMITED-TIME OFFER

$1 99* No Qty Limit Domains

Now, with any non-domain purchase!

FREE with every domain name:
➤ Hosting with Web builder
➤ Quick Blogcast
➤ Complete Email
➤ AND MORE!

Find a domain name now:
[_____] .com [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

## Sponsored links:

➤ **MN Breast Surgery**
Finance your Breast Surgery For as low as $99 down.
Doctorssayyes.com

➤ **Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

➤ **Need Skin Care Doctor?**
Laser Treatments, Hair Removal Serving The Twin Cities Metro Area
MinnesotaSkin.com

➤ **Minneapolis Events**
Visit Qwest at Uptown Art Fair & Learn More About our Great Services
www.Qwest.com

➤ **Revessence**
Laser body hair removal services Hair removal services
RevessenceSkinCare.com

➤ **Minneapolis Car**
Visit Your Local Audi Dealer & Find Great Offers Today! Official Site.
www.TwinCitiesAudiDealers.com

➤ **Minneapolis Cosmetic Pro**
Professional local dental office Cosmetic, Family, Implants
HastingsDentalAssociates.com

➤ **Apartments Minneapolis**
Free Photo Listings, Virtual Tours & More. Find an Apartment Here!
www.apartments.com

➤ **Holiday Inn Express**
Stay Smart®. Official Site. Free internet & breakfast bar.
www.hiexpress.com

➤ **East 42nd Street Salon**
Full-Service Salon Offering Ways To Beautify Hair, Skin and Nails.
www.e42salon.com

### Related Searches

➤ Minneapolis
➤ Laser Skin Minneapolis
➤ Cosmetic Dermatology Minneapolis
➤ Minneapolis Laser Hair Plastic Surgery
➤ Need a Dermatologist Minneapolis
➤ Medical Skin Care Center Minneapolis

[_____] [Search]

**Visit GoDaddy.com for the best values on: Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE!** See product catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelnewyorkcity.com
This page is parked free, courtesy of GoDaddy.com





**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Looking Old?**
Our Laser Skin Treatments Will Help Make an Appointment Today!
www.MedSalonSpa.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Laser Hair Removal**
Need a dermatologist in your area? Derotologist treatments
LakeviewDerm.net

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Laser Hair Removal**
Need a dermatologist in your area? Your Skin Care Professional
storefront.dexonline.com/center-for

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Related Searches**

Fotofacial Laser

Scar Laser

Hair Removal Woman

Acne Scar Removal Cost

Laser Hair Removal New York City

Fraxel Laser Surgery

- 99.9% Guarenteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.43/mo!
**Learn more**

This domain is parked FREE, courtesy of GoDaddy.com®

Visit GoDaddy.com for the best values on
Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See Our Product Catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar**
for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxeloakland.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Pulsed Light Hair Removal
Better than Laser Hair Removal, Less Painful Call (847) 995 -8760
www.AdvancedMedicalInstitute.com

### Fraxel - Chicago
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

### Microdermabrasion & Peels
Your Skincare Specialists Since '84 Call for 1st visit special!
www.faceplacesite.com/

### Chicago Photofacial CTR.
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

### ProFractional Resurfacing
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

### UW Health Transformations
Comprehensive plastic and cosmetic surgery for the face breast & body
www.uwhealth.org/transformations

Search

### Fast, Reliable, Secure
## Web Hosting

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

### Visit GoDaddy.com for the best values on:

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



**No technical expertise required and no set-up fees.**

**From $7.99/month!**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelorangecounty.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

**Get Rid Of Acne Scars**
Safe & Effective Treatments Make an Appointment Today!
www.MedSalonSpa.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Oak Park Hair Removal**
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

| | Search |
|---|---|



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**
See product catalog

**SSL Secure Certificates** https://

Up to 256-bit encryption
99% browser recognition
Issued within minutes

**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelorlando.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### Orlando vacation homes
located close to all attractions All homes have private pools
www.floridasupremevillarentals.com

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### 2 Bedroom Family Suites
Staybridge Suites Orlando Hotels Our Lowest Internet Rates
www.sborlando.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Orlando + Theme Park
4 Nights in Orlando... Plus Theme Park tickets for $299
www.wyndhamtrips.com

### Packages & Tee Times
Discount Packages,Course Info,Rates Reviews, Specials, TeeTimesOnly
www.teetimesusa.com/orlando.htm

### Howard Johnson Int'l Dr.
"In The Heart of it All" Check out our special packages !
OrlandoHoJo.com

### Orlando Transportation
Affordable, Luxurious Statewide Service for all your travel needs.
www.Elite-Transportation.com

### Orlando Hotels
Visit Our Guide and Save Time and Money.
OrlandoHotels.HelpfulFinds.com

### Discount Orlando Hotels
Stay minutes from Disney in Orlando for only $9.99/Night!
www.TNTResorts.com/Orlando

|  | Search |
|---|---|

### Fast, Reliable, Secure
## Web Hosting

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

## Visit GoDaddy.com for the best values on:

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



QUICK SHOPPING CART®

## Get your own online store – in minutes.

No technical expertise required and no set-up fees.

## From $7.99/month!



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelphoenix.com

This page is parked free, courtesy of GoDaddy.com



**Sponsored Links**

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Skin Treatments
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

### Image Skin Institute
The Valley's premier cosmetic dermatology clinic.
www.imageskininstitute.com

### Plastic Surgeons
Complete Care Facility Serving Phoenix & Surrounding Areas
SunValleyPlasticSurgery.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Phoenix Electrolysis
Local body hair removal services Skin Rejuvenation-Microdermabrasion
www.advancedlaserclinicglendale.com

### AZ Medical Aesthetics
Improve Your Personal Appearance Reasonable Prices. Safe & Effective
www.ylmmedspa.com

### Need A Cosmetic Surgeon?
Call For An Appointment Today Serving Phoenix & Surrounding Areas
Justomd.com

### Laser Surgery
Laser Surgery info Compare prices and save!
SurgeryInformation.org



LIMITED-TIME OFFER

$1.99* No Qty Limit

**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
- Hosting with Web builder
- Quick Blogcast
- Complete Email
- AND MORE!

*Find a domain name now:*

[                    ] .com  [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.*

**Related Searches**

- Scar Laser
- Acne Scar Removal Cost
- Fractional Laser
- Fraxel Laser
- Pearl Laser
- Fraxel Skin



**Live every Wednesday at 1 pm (PT)/4 pm (ET).**

[                                        ] Search

Visit GoDaddy.com for the best values on Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelportland.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Laser Spa, Vancouver WA**
Rejuvenate Your Aging Skin with Advanced Skin Treatments. Call Now!
www.EliteLaserSpa.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Skin Care Treatment**
Dermatology & Skin Care Clinic Serving Portland & Surrounding Area
TavelliDerm.com

**Hair Removal Portland**
Info on Laser Hair Removal Portland Your hair care shopping guide!
HairCompare.net

**Eliminate Stretch Marks**
As Featured On The Tyra Banks Show. See Photos. Money Back Guarantee.
www.ECResearchCorp.com

**Portland Skin Treatment**
Find user-reviewed Skin Treatment in your city or zip code!
portland.Citysearch.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

## Fast, Reliable, Secure Web Hosting

. 99.9% Guaranteed Uptime
. No Setup Fee or Annual Commitment
. Generous Storage & Bandwidth
. Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

## Visit GoDaddy.com for the best values on:

. Domain Names
. Web Hosting
. Web Site Builders
. Email Accounts
. SSL Certificates
. Ecommerce Products

**AND MORE!**

See product catalog



**Point & Click –** it's that easy!

From $3.99/month!

Includes FREE Hosting & Email



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

www.fraxelriverside.com Coming Soon!                                    http://www.fraxelriverside.com/

# www.fraxelriverside.com

This page is parked free, courtesy of GoDaddy.com





LIMITED-TIME OFFER
$1 99* No Qty Limit
Domains
Now, with any non-domain purchase!
FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

Find a domain name now:
.com   GO
Advanced Search   ICANN ACCREDITED
*Plus ICANN fee of 20 cents per domain name year.

## Sponsored links:

▸ **Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

▸ **Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

▸ **Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

▸ **Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

▸ **Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

▸ **Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

▸ **Advanced Vein Treatment**
Vein Treatments & Cosmetics 708-424-VEIN, Free Consultations
www.AdvancedTreatmentCenter.com

▸ **Microdermabrasion & Peels**
Your Skincare Specialists Since '84 Call for 1st visit special!
www.faceplacesite.com/

▸ **Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

▸ **Riverside Skin Treatment**
Come In For Hair Removal, Rosacea Treatments & More. Call Us Today!
www.Meyering.com

### Related Searches

▸ Fraxel
▸ Scar Laser
▸ Acne Scar Removal Cost
▸ Laser Skin Peel
▸ Riverside School
▸ Fractional Laser

[                    ] [ Search ]

**Visit GoDaddy.com for the best values on: Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE!** See **product catalog**

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial     Danica Patrick     Dale Jr.     Go Daddy Girls

# www.fraxelsacramento.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored Links

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Pulsed-Light Hair Removal
Better Than Laser Hair Removal Buy 1 Get 1 Free. Call 847.995.8760
www.AdvancedMedicalInstitute.com

### Looking Old?
Our Laser Skin Treatments Will Help Make an Appointment Today!
www.MedSalonSpa.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### National Laser Institute
Comprehensive 100 hour Laser and Medical Aesthetics Training
www.NationalLaserInstitute.com

### Hair Removal Chicago
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Oak Park Body Hair
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Eliminate Stretch Marks
As Featured On The Tyra Banks Show. See Photos. Money Back Guarantee.
www.ECResearchCorp.com

Search



LIMITED-TIME OFFER

$1.99* No Qty Limit

.com Domains
Now, with any non-domain purchase!

FREE with every domain name:
➤ Hosting with Web builder
➤ Quick Blogcast
➤ Complete Email AND MORE!

Find a domain name now:

_____.com   go

Advanced Search   ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.



**Related Searches**

Fotofacial Laser
Hair Removal Woman
Laser Markers
Fractional Laser
Stretch Marks
Fraxel Laser

Visit GoDaddy.com for the best values on Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelsanantonio.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Skin Laser
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Get Rid Of Acne Scars
Safe & Effective Treatments Make an Appointment Today!
www.MedSalonSpa.com

### Pulsed Light Hair Removal
Better than Laser Hair Removal, Less Painful Call (847) 995 -8760
www.AdvancedMedicalInstitute.com

### Hair Removal Chicago
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Laser Hair Removal
Trustworthy Service We Can Give You The Look You Want
LaserForLess.com

### Varicose Vein Treatment
No. surgery. No veins. Visit with a doctor today. Orland Park, IL
www.MidwestVein.com

### Advanced Vein Treatment
Vein Treatments & Cosmetics 708-424-VEIN, Free Consultations
www.AdvancedTreatmentCenter.com

Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelsandiego.com
This page is parked free, courtesy of GoDaddy.com



**LIMITED-TIME OFFER**

**$1.99** No Qty Limit

**Domains**

Now, with any non-domain purchase!

FREE with every domain name:
- Hosting with Web builder
- Quick Blogcast
- Complete Email
- AND MORE!

*Find a domain name now:*

[            ] .com    [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.*

**Sponsored Listings**

» **Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

» **Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

» **Advanced Hair Removal**
Modern Breakthrough in Hair Removal Better than laser Call 847-995-8760
www.AdvancedMedicalInstitute.com

» **Laser Hair Removal**
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

» **Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

» **Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

» **Hair Removal**
Can Be Permanent With Laser Removal Call Now For a Free Consultation
www.MedSalonSpa.com

» **Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

» **Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

» **Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Related Searches**

» **Fotofacial Laser**

» **Laser Treatments**

» **Acne Laser Rosacea**

» **San Diego Cosmetic Laser**

» **Fraxel Laser Rental**

» **Stretch Marks**

This domain is parked FREE, courtesy of GoDaddy.com®

Visit GoDaddy.com for the best values on
Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See Our Product Catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registar**
for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelsanfrancisco.com

This page is parked free, courtesy of GoDaddy.com



**Sponsored Links**

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Skin Laser
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Looking Old?
Our Laser Skin Treatments Will Help Make an Appointment Today!
www.MedSalonSpa.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Be Hair Free for Free
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

### Acne San Francisco
Recommended skin care centers Get reviews, ratings, tips and more
sanfrancisco.citysearch.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Hair Removal Chicago
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Laser Hair Removal
Laser hair removal in Suburban Your Skin Care Professional
storefront.dexonline.com/center-for

### Laser Hair Removal
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com



**LIMITED-TIME OFFER**

$1.99* No Qty Limit

**Domains**

Now, with any non-domain purchase!

FREE with every domain purchase:
➤ Hosting with Web builder
➤ Quick Blogcast
➤ Complete Email
➤ AND MORE!

*Find a domain name now:*



[        ] .com   **GO**

Advanced Search   **ICANN ACCREDITED**

*Plus ICANN fee of 20 cents per domain name year.*



**Fast, Reliable, Secure**
## Web Hosting

➤ 99.9% Guaranteed Uptime
➤ No Setup Fee or Annual Commitment
➤ Generous Storage & Bandwidth
➤ Free, Expert 24/7 Support
➤ And MUCH More!

Flexible plans as low as $3.43/mo!
Learn more...

**Related Searches**

Fraxel Laser
Stretch Marks
Acne Scar Treatment
Acne San Francisco
Fraxel Treatment
Fraxel Skin

Visit GoDaddy.com for the best values on: Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxelsanjose.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Vein Care Center**
Oak Park hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Suburban Dermatology**
Need a dermatologist in your area? Your Skin Care Professional
storefront.dexonline.com/center-for

Search



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



**Get your own online store – in minutes.**

No technical expertise required and no set-up fees.

**From $7.99/month!**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelseattle.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Cosmetic SmartLipo**
Liposuction Chicago, Laser Lipo Latest & Safest Lipo Technology!
www.thespasurgica.com

**Vein Clinics of America**
Treating varicose veins without surgery for 27 years.
www.VeinClinics.com

**Leg Vein Specialist**
For Cosmetic and Medical Treatment Free Consult. Insurance Accepted
www.NorthSideVeinCare.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Pulsed-Light Hair Removal**
Better Than Laser Hair Removal Buy 1 Get 1 Free. Call 847.995.8760
www.AdvancedMedicalInstitute.com

**Laser Hair Removal**
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**American Laser Centers**
Imagine Not Having To Shave, Tweeze Or Wax.
www.LaserHairRemoval.com

[ Search ]











Up to 256-bit encryption
99% browser recognition
Issued within minutes
**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.fraxelstlouis.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Pulsed-Light Hair Removal**
Better Than Laser Hair Removal Buy 1 Get 1 Free. Call 847.995.8760
www.AdvancedMedicalInstitute.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Missouri Cosmetic Surgery**
Finance your Cosmetic Surgery For as low as $99 down.
Doctorssayyes.com

**Center for Dermatology**
Downers Grove dermatologists Your Skin Care Professional
storefront.dexonline.com/center-for

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com







This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.fraxeltampa.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

**Laser Hair Removal**
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Laser Hair Removal**
Trustworthy Service We Can Give You The Look You Want
LaserForLess.com

**Chicago Dermatology**
Need a dermatologist in your area? Diagnosis & treatment
LakeviewDerm.net

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

Search


*QUICK SHOPPING CART*
**Get your own online store – in minutes.**
No technical expertise required and no set-up fees.
**From $7.99/month!**



**Click. Bid. Buy. Sell. SOLD!**
The smart choice for buying & selling domains
Memberships just $4.99/year! Lowest commissions!


THE DOMAIN NAME AFTERMARKET.com

**SSL Secure Certificates** https://
Up to 256-bit encryption
99% browser recognition
Issued within minutes
**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.atlantafraxel.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Be Hair Free for Free**
Better Than Laser Hair Removal Call For Details (847) 995-8760
www.AdvancedMedicalInstitute.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel Laser Treatment**
Advanced Laser Skin Treatment Hundreds of Doctors nationwide
www.AmericanHealthAndBeauty.com

**Acne Scars**
You Don't Have To Live With Them Free Consultation- Call Us Today
www.MedSalonSpa.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Laser Hair Removal**
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

**Acne Atlanta**
Looking for Skin Treatment Salons? Find a great place to go near you.
atlanta.citysearch.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.baltimorefraxel.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Baltimore Surgery**
Cosmetic surgery financing. No one is turned down. Starts at $99 down.
Doctorssayyes.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Get Rid Of Acne Scars**
Safe & Effective Treatments Make an Appointment Today!
www.MedSalonSpa.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Experienced Dermatologist**
Laser hair removal in Chicago Diagnosis & treatment
LakeviewDerm.net

| | Search |

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.bostonfraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**3.44**
Local threading body hair removal Hair Removal-Resurfacing-Cosmelan
www.advancedlaserclinicglendale.com

**Acne Treatments**
Ways to Treat your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Permanent Hair Removal**
Forget Shaving & Waxing. Try Laser Make an Appointment Today!
www.MedSalonSpa.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Experienced Dermatologist**
Laser hair removal in Suburban Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



Up to 256-bit encryption
99% browser recognition
Issued within minutes
**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.cincinnatifraxel.com

This page is parked free, courtesy of GoDaddy.com





**LIMITED-TIME OFFER**

$1⁹⁹* *No Qty Limit

**Domains**

Now, with any non-domain purchase!

FREE with every domain name:
- Hosting with Web builder
- Quick Blogcast
- Complete Email
- AND MORE!

Find a domain name now:

[          ] .com [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

**Sponsored Links**

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Laser Hair Removal
Local laser hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Laser Treatment
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

### Acne Treatments
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

### Laser Hair Removal
Need a dermatologist in your area? Diagnosis & treatment
LakeviewDerm.net

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### GentleLASE Laser Service
Repair & Service for Candela lasers Fibers, Sliders, Cryogen, Windows
www.LaserScientific.com

### Fraxel
Advanced Skin Laser Treatment Locate a local cosmetic surgeon
www.AmericanHealthAndBeauty.com

**Related Searches**

- Scar Laser
- Hair Removal Woman
- Acne Scar Removal Cost
- Fractional Laser
- Fraxel Laser
- Stretch Marks

Visit GoDaddy.com for the best values on Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.clevelandfraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Cosmetic Surgery**
Find out about cosmetic surgery A life changing experience.
www.newimage.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Suburban Dermatology**
Need a dermatologist in your area? Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

**Laser Hair Removal**
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com



**Get your own online store – in minutes.**

No technical expertise required and no set-up fees.

**From $7.99/month!**





Memberships just $4.99/year!
Lowest commissions!





Up to 256-bit encryption

99% browser recognition

Issued within minutes

**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.dallasfraxel.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Dallas Laser Hair Removal**
Deals on Dallas Laser Hair Removal Find what you're looking for!
PocketSaver.org

**Arlington Laser Treatment**
Rejuvenate Your Skin, Remove Hair and Decrease Wrinkles. Call Today.
www.62Renew.com

**Dallas Hair Removal**
Dallas Hair Removal sites Save on Dallas Hair Removal
SaveMoreNow.org

**LIMITED-TIME OFFER**

$199 No Qty Limit
**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

*Find a domain name now:*

[ .com ] [GO]

Advanced Search   ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

**Related Searches**

Fotofacial Laser

Scar Laser

Acne Scar Removal Cost

Fractional Laser

Fraxel Laser

Stretch Marks

**Not what you are looking for?**



- 99.9% Guarenteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support
- And MUCH More!

Flexible plans as low as $3.43/mo!
**Learn more**

This domain is parked FREE, courtesy of GoDaddy.com®

Visit GoDaddy.com for the best values on
Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See Our Product Catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registar**
for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.denverfraxel.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Looking Old?**
Our Laser Skin Treatments Will Help Make an Appointment Today!
www.MedSalonSpa.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Want A Plastic Surgeon?**
21 Years Of Expericence Serving Denver & Surrounding Areas
CosmeticSurgeryAlbin.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

[                                        ] Search


Build a Web site in minutes with WebSite Tonight®
Point & Click – it's that easy!
From $3.99/month!
Includes FREE Hosting & Email



QUICK SHOPPING CART
Get your own online store – in minutes.
No technical expertise required and no set-up fees.
From $7.99/month!



SSL Secure Certificates    https://
Up to 256-bit encryption
99% browser recognition
Issued within minutes
From $29.99/year


This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls


# www.fortworthfraxel.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fort Worth Skin Treatment**
Look for Top-rated Skin Treatment near you with our Ratings!
dallas.Citysearch.com

**Arlington Skin Care**
An Environment You Can Trust. Call Us Today For Any Skin Care Need.
www.62Renew.com

**Asset Allocation**
Options & Advice to Fit You. Have Your Finances Checked Today!
www.ameripriseadvisors.com

**Liposuction Fort Worth**
Liposuction Fort Worth info Compare prices and save!
LiposuctionGuides.org

**Fort Worth Top Surgeons**
Board-Certified Plastic Surgeons Top Rated Forth Worth Surgeons
www.1800mySurgeon.com

**Dallas Cosmetic Surgery**
Face Lifts, Breast Augmentations, Lipo, Tummy Tucks. Call Dr. David!
www.drliland.com

**Fort WorthTX Self Storage**
Securlock - South West Fort Worth 50% OFF - 183 & Vickery
securlock.com

**View Fort Worth TX Homes**
Browse Fort Worth Texas Homes For Sale On ResortScape
www.ResortScape.com



*QUICK SHOPPING CART*®

**Get your own online store – in minutes.**

**No technical expertise required and no set-up fees.**

**From $7.99/month!**



Click. Bid. Buy. Sell. **SOLD!**

The smart choice for buying & selling domains

Memberships just $4.99/year!
Lowest commissions!



THE **DOMAIN NAME** AFTERMARKET.com®



SSL Secure Certificates    https://

Up to 256-bit encryption
99% browser recognition
Issued within minutes

**From $29.99/year**

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.houstonfraxel.com

This page is parked free, courtesy of GoDaddy.com





Go Daddy .com
The web is your Domain!

LIMITED-TIME OFFER
$1.99* No Qty Limit Domains
Now, with any non-domain purchase!

FREE with every domain name:
➤ Hosting with Web builder
➤ Quick Blogcast
➤ Complete Email
➤ AND MORE!

Find a domain name now:
[          ] .com [GO]

Advanced Search    ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

**Sponsored Links**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Laser Hair Removal Texas**
Get your bikini line ready now. Houston cosmetic surgeon.
www.alwaysyouthful.com

**Laser Hair Removal**
Need a dermatologist in your area? Derotologist treatments
LakeviewDerm.net

**Houston Skin Treatment**
Citysearch connects you to the local businesses you need
houston.Citysearch.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Related Searches**

Scar Laser
Hair Removal Woman
Acne Scar Removal Cost
Laser Treatments
Fraxel Laser Surgery
Stretch Marks

Visit GoDaddy.com for the best values on Domain Names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See product catalog

GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions.
Source: Name Intelligence, Inc. 2005
Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.indianapolisfraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

### Fraxel Skin Laser
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Breast Augmentation
Affordable breast augmentations done by board certified surgeons.
www.newimage.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### UW Health Transformations
Comprehensive plastic and cosmetic surgery for the face breast & body
www.uwhealth.org/transformations

### Cosmetic Surgery
Looking Into Cosmetic Surgery? Search In Your Local Area Now.
www.justclicklocal.com

### Cosmetic Surgery
Cosmetic Surgery Indianapolis info Compare prices and save!
CosmeticGuides.org

### Indianapolis Car
Shop the Complete Selection of 2008 Mercedes Vehicles - Official Site
MBUSA.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Indiana Breast Surgery
Affordable breast procedures from board-certified surgeons
www.1800BeYourBest.com

Search

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.kansascityfraxel.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Skin Treatments
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

### Fraxel Skin Laser
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Laser Hair Removal
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Laser Treatment
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Acne Treatments
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

### Laser Hair Removal
Need a dermatologist in your area? Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

Search

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr    Go Daddy Girls

# www.lasvegasfraxel.com
This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

**The Entertainment Book®**
The 2008 Book is Now 50% Off. All the Discounts, Half the Price!
www.entertainment.com

**Las Vegas Attractions**
Check out a variety of activities Attractions & more at Vegas.com!
www.VEGAS.com

**Hotels in Vegas 75% Off**
Savings at all Las Vegas hotels. Book today and save!
www.TripRes.com/LasVegas

**Spamalot - Wynn Las Vegas**
Monty Python's Spamalot Showing at Wynn Las Vegas. Get Tickets Online!
www.WynnLasVegas.com/Spamalot

**Las Vegas Tee Times**
Free Las Vegas Tee Time Service. Every Course. Call Or Book Online.
www.LVTeeTimes.com

**Las Vegas Entertainment**
Get discounts on Las Vegas shows, attractions, and hotels.
the-lasvegasentertainment.info

**Las Vegas Acne Treatment**
Las Vegas acne cure specialists Medical & surgical dermatology
storefront.dexonline.com/West-

**100% Free Personals**
View photos of singles in your area We're 100% free for everything!
DateHookup.com

**Plastic Surgeon Las Vegas**
Cosmetic Surgery Facelift, Browlift, Liposuction
lvlipo.com

**Show Tickets Las Vegas**
Looking for Las Vegas Shows? Las Vegas Show Tickets for less.
Show-Tickets-Las-Vegas.buyfly.com

| | Search |
|---|---|

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

3/24/2008 3:06 PM

# www.minneapolisfraxel.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### MN Breast Surgery
Finance your Breast Surgery For as low as $99 down.
Doctorssayyes.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Need Skin Care Doctor?
Laser Treatments, Hair Removal Serving The Twin Cities Metro Area
MinnesotaSkin.com

### Minneapolis Laser Hair
Have unwanted body hair removed Hair removal services
RevessenceSkinCare.com

### Top 5 Minneapolis Dating
Compare and Try the 5 Top Minneapolis Dating Websites Free.
DatingSiteComparisons.org

### Minneapolis Car
Visit Your Local Audi Dealer & Find Great Offers Today! Official Site.
www.TwinCitiesAudiDealers.com

### Car dealer minneapolis
Find info on your Minneapolis Lincoln Mercury dealer today.
www.lincolnmercury.com

### East 42nd Street Salon
Full-Service Salon Offering Ways To Beautify Hair, Skin and Nails.
www.e42salon.com

### Minneapolis Vacation
Things To Do, Places To Stay & Eat! Family.com Has It All - Plan It Now
www.family.com/travel

### Minneapolis Dentist
Professional local dental office Cosmetic & General Dentistry
HastingsDentalAssociates.com



**Point & Click –**
it's that easy!

From $3.99/month!

Includes FREE Hosting & Email





**No technical expertise**
required and no set-up fees.

**From $7.99/month!**





Memberships just $4.99/year!
Lowest commissions!



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.newjerseyfraxel.com
This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**skin rejuvenation in NJ?**
skin rejuvenation in new jersey get facelift results no surgery.
www.naturalfaceliftsystem.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Fraxel Laser Treatments**
Bargain Prices. Smart Deals. Save on Fraxel Laser Treatments!
Shopzilla.com

**New Jersey Reverse Loans**
See how much cash you can get NJ & Nat'l. lender comparisons
www.GoldenGateway.com

**NJ Interracial Personals**
American Interracial Dating Site. Find Local Singles Now. Join Free!
www.InterracialCupid.com

**Laser Hair Removal**
Dermatologists in Chicago Healthy Skin is Beautiful Skin!
www.drfathi216.com

**New Jersey Weddings**
Top 6 Websites For New Jersey Weddings
www.Quick-Zone.com

**Fraxel**
Directory Of Fraxel Providers. Find Fraxel Quickly.
YourSkin101.com

Search



**Fast, Reliable, Secure Web Hosting**

· 99.9% Guaranteed Uptime
· No Setup Fee or Annual Commitment
· Generous Storage & Bandwidth
· Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

· Domain Names
· Web Hosting
· Web Site Builders
· Email Accounts
· SSL Certificates
· Ecommerce Products

**AND MORE!**

See product catalog

**Build a Web site in minutes with WebSite Tonight®**

Point & Click – it's that easy!

From $3.99/month!

Includes FREE Hosting & Email



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.newyorkcityfraxel.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Get Rid Of Acne Scars**
Safe & Effective Treatments Make an Appointment Today!
www.MedSalonSpa.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Skin Care**
Your Clear Choice for Skin Care. Find Skin Care Information Fast.
YourSkin101.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

3/24/2008 3:53 PM









Up to 256-bit encryption

99% browser recognition

Issued within minutes

**From $29.99/year**

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

3/24/2008 3:53 PM

# www.oaklandfraxel.com

This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Skin Treatments**
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Microdermabrasion & Peels**
Your Skincare Specialists Since '84 Call for 1st visit special!
www.faceplacesite.com/

**Cosmetic Surgery**
UW Health offers comprehensive cosmetic and aesthetic services
www.uwhealth.org/transformations

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings



**Fast, Reliable, Secure**
**Web Hosting**

- 99.9% Guaranteed Uptime
- No Setup Fee or Annual Commitment
- Generous Storage & Bandwidth
- Free, Expert 24/7 Support And MUCH More!

Flexible plans as low as $3.43/mo!

Learn more...

**Visit GoDaddy.com for the best values on:**

- Domain Names
- Web Hosting
- Web Site Builders
- Email Accounts
- SSL Certificates
- Ecommerce Products

**AND MORE!**

See product catalog



**SSL Secure Certificates** https://

Up to 256-bit encryption
99% browser recognition
Issued within minutes

**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.orlandofraxel.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Orlando vacation homes**
located close to all attractions All homes have private pools
www.floridasupremevillarentals.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Orlando + Theme Park**
4 Nights in Orlando... Plus Theme Park tickets for $299
www.wyndhamtrips.com

**Howard Johnson Int'l Dr.**
"In The Heart of it All" Check out our special packages !
OrlandoHoJo.com

**Orlando Transportation**
Conventions-Airports-PortCanaveral -Resorts-Residential-Statewide FL
www.Elite-Transportation.com

**Discount Orlando Hotels**
Stay minutes from Disney in Orlando for only $9.99/Night!
www.TNTResorts.com/Orlando

**Disney World® Vacation**
Order a Free Vacation Planning DVD. Come and Experience the Magic!
www.DisneyVacation.com

**Laser Hair Removal**
Therapy for varicose veins, skin rejuvenation & hair removal.
www.KellerAlanLMDFACS.com

**Villas of Grand Cypress**
Orlando's Premier Luxury Hotel Adjacent to Walt Disney World
www.grandcypress.com

**Orlando Florida Vacation**
3-Nts Hotel Near Disney+2 Park Tix Choose Disney or Universal Tickets!
www.BudgetOrlandoTravel.com



**Build a Web site in minutes with WebSite Tonight®**
Point & Click – it's that easy!
From $3.99/month!
Includes FREE Hosting & Email





**QUICK SHOPPING CART®**
**Get your own online store – in minutes.**
No technical expertise required and no set-up fees.
From $7.99/month!





Click. Bid. Buy. Sell. **SOLD!**
The smart choice for buying & selling domains
Memberships just $4.99/year!
Lowest commissions!


THE **DOMAIN NAME** AFTERMARKET.com®

This page is provided courtesy of  GoDaddy.com.  Copyright ® 1999-2008  GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.philadelphiafraxel.com
This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Hair Removal Chicago**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Laser Hair Removal**
Need a dermatologist in your area? Derotologist treatments
LakeviewDerm.net

**Acne Philadelphia**
Looking for Skin Treatment Salons? Find a great place to go near you.
philadelphia.citysearch.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

Search



No technical expertise
required and no set-up fees.

**From $7.99/month!**





Memberships just $4.99/year!
Lowest commissions!





Up to 256-bit encryption
99% browser recognition
Issued within minutes

**From $29.99/year**



This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.phoenixfraxel.com

This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Image Skin Institute**
The Valley's premier cosmetic dermatology clinic.
www.imageskininstitute.com

**Plastic Surgeons**
Complete Care Facility Serving Phoenix & Surrounding Areas
SunValleyPlasticSurgery.com

**Looking Old?**
Our Laser Skin Treatments Will Help Make an Appointment Today!
www.MedSalonSpa.com

**AZ Medical Aesthetics**
Improve Your Personal Appearance Reasonable Prices. Safe & Effective
www.ylmmedspa.com

**Phoenix Hair Removal**
Local electrolysis treatment center Hair Removal-Resurfacing-Cosmelan
www.advancedlaserclinicglendale.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Need A Cosmetic Surgeon?**
Call For An Appointment Today Serving Phoenix & Surrounding Areas
Justomd.com

**Is Your Hair Thinning?**
Hair Loss Treatment & Surgery Serving Phoenix & Surrounding
MedicalHairLossClinics.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.portlandfraxel.com

This page is parked free, courtesy of GoDaddy.com.



## Sponsored Listings

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Get Rid Of Acne Scars
Safe & Effective Treatments Make an Appointment Today!
www.MedSalonSpa.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Portland Skin Treatment
Look for Top-rated Skin Treatment near you with our Ratings!
portland.Citysearch.com

### Skin Care Treatment
Dermatology & Skin Care Clinic Serving Portland & Surrounding Area
TavelliDerm.com

### 3.44
Local laser hair removal services Hair Removal-Resurfacing-Cosmelan
www.advancedlaserclinicglendale.com

### Chicago Photofacial CTR.
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

Search



**Build a Web site in minutes with WebSite Tonight®**

Point & Click – it's that easy!

From $3.99/month!

Includes FREE Hosting & Email





QUICK SHOPPING CART®

Get your own online store – in minutes.

No technical expertise required and no set-up fees.

From $7.99/month!



SSL Secure Certificates https://

Up to 256-bit encryption
99% browser recognition
Issued within minutes

From $29.99/year



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.riversidefraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Riverside Skin Treatment**
Come In For Hair Removal, Rosacea Treatments & More. Call Us Today!
www.Meyering.com

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Chicago Photofacial CTR.**
Great for Rosacea, Spider Veins, Aging Spots & Sun Damages Free Cons
www.charmingskin.com

**ProFractional Resurfacing**
New pain free and fast treatment for wrinkles, age, and sun damage
www.ProFractional.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Eugene Mandrea**
Trusted Chicago dermatologists Diagnosis & treatment
LakeviewDerm.net

**Fraxel Seen on WTAE News**
Cosmetic Laser Centers seen on WTAE news performing Fraxel
www.cosmeticlasercenters.com

Search

3/24/2008 3:12 PM









This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.sacramentofraxel.com

This page is parked free, courtesy of GoDaddy.com



### Sponsored Listings



» **Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

» **Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

» **Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

» **Fraxel Laser Treatment**
Fine Lines, Wrinkles and Age Spots Locate a local cosmetic surgeon
www.AmericanHealthAndBeauty.com

» **Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

» **Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

» **Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

» **Vein Care Center**
Oak Park laser hair removal Vein disorder treatment. Call today
www.theveincarecenter2.com

» **Experienced Dermatologist**
Laser hair removal in Chicago Diagnosis & treatment
LakeviewDerm.net

» **Laser Facial**
We've Selected the Top 5 Sites for Laser Facial
Acne.TopUsSitez.com

### Related Searches

Fotofacial Laser

Scar Laser

Hair Removal Woman

Acne Scar Removal Cost

Laser Treatments

Fractional Laser

**Not what you are looking for?**

This domain is parked FREE, courtesy of GoDaddy.com®

Visit GoDaddy.com for the best values on
Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE! See Our Product Catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar**
for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.sanantoniofraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

### Laser Acne Scar Removal
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Laser Surgery
Laser Surgery info Compare prices and save!
SurgeryInformation.org

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Laser Hair Removal
Need a dermatologist in your area? Highly Skilled Staff and Doctors
storefront.dexonline.com/center-for

### Laser Hair Removal
Local body hair removal services Vein disorder treatment. Call today
www.theveincarecenter2.com

### Skin Treatment
Citysearch, connecting you to everything local
sanantonio.Citysearch.com

### GentleLASE Laser Service
Repair & Service for Candela lasers Fibers, Sliders, Cryogen, Windows
www.LaserScientific.com

Search

This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.sanbernardinofraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

### Fraxel Laser Treatment
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

### Professional Hair Removal
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

### Want Better Skin?
Visit Our State-Of-The Art Spa Free Consultation- Call Us Today
www.MedSalonSpa.com

### San Bernardino New Homes
Beautiful low-cost residential real estate in San Bernardino county.
www.newranchocucamongahomes.com

### Fraxel Laser Atlanta
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

### Riverside Skin Treatment
Come In For Hair Removal, Rosacea Treatments & More. Call Us Today!
www.Meyering.com

### Fraxel - Chicago
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

### Chicago Hair Removal
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

### Design School
The Art Institutes - Get Info on the Design Program Today!
www.artinstitutes.edu

### Experienced Dermatologist
Laser hair removal in Chicago Diagnosis & treatment
LakeviewDerm.net







This page is provided courtesy of GoDaddy.com. Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.sandiegofraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Fraxel Skin Laser**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Eliminate Stretch Marks**
As Featured On The Tyra Banks Show. See Photos. Money Back Guarantee.
www.ECResearchCorp.com

**Laser Hair Removal**
Find Dermatologists in Chicago Derotologist treatments
LakeviewDerm.net

**GentleLASE Laser Service**
Repair & Service for Candela lasers Fibers, Sliders, Cryogen, Windows
www.LaserScientific.com

**Skin Rejuvenation?**
Get the ultimate skin rejuvenation from home. New spa facial mask.
www.naturalfaceliftsystem.com

**Laser Facial**
We've Selected the Top 5 Sites for Laser Facial
Acne.TopUsSitez.com

Search





**Get your own online store – in minutes.**

No technical expertise required and no set-up fees.

**From $7.99/month!**



Memberships just $4.99/year! Lowest commissions!



This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial   Danica Patrick   Dale Jr.   Go Daddy Girls

# www.sanfranciscofraxel.com

This page is parked free, courtesy of GoDaddy.com.



### Sponsored Listings

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Acne San Francisco**
Find great Skin Treatment Salons in San Francisco. Review & compare
sanfrancisco.citysearch.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**Laser Facial**
We've Selected the Top 5 Sites for Laser Facial
Acne.TopUsSitez.com

Search

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.sanjosefraxel.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored links:

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Leg Vein Specialist**
For Cosmetic and Medical Treatment Free Consult. Insurance Accepted
www.NorthSideVeinCare.com

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**American Laser Centers**
Imagine Not Having To Shave, Tweeze Or Wax.
www.LaserHairRemoval.com

**Laser Hair Removal**
Trustworthy Service We Can Give You The Look You Want
LaserForLess.com

**Microdermabrasion & Peels**
Your Skincare Specialists Since '84 Call for 1st visit special!
www.faceplacesite.com/

**UW Health Transformations**
Comprehensive plastic and cosmetic surgery for the face breast & body
www.uwhealth.org/transformations

Search



**LIMITED-TIME OFFER**

$1.99* No Qty Limit
**Domains**
Now, with any non-domain purchase!

FREE with every domain name:
▸ Hosting with Web builder
▸ Quick Blogcast
▸ Complete Email
▸ AND MORE!

Find a domain name now:

.com

Advanced Search

ICANN ACCREDITED

*Plus ICANN fee of 20 cents per domain name year.

### Related Searches

▸ Fotofacial Laser
▸ Scar Laser
▸ Hair Removal Woman
▸ Acne Scar Removal Cost
▸ Stretch Marks
▸ Fraxel Laser

**Visit GoDaddy.com for the best values on:** **Domain names**, **Web hosting**, **Web Site Builders**, **Email Accounts**, **SSL Certificates**, **Ecommerce Products** **AND MORE!** See **product catalog**

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

# www.seattlefraxel.com
This page is parked free, courtesy of GoDaddy.com.



**Sponsored Listings**

**Laser Acne Scar Removal**
Smoothbeam Laser for Severe Acne and Acne Scars. See Photos.
www.lakeviewderm.com/acne

**Skin Treatments**
Resurfacing, Rejuvenation & More Call Now For a Free Consultation
www.MedSalonSpa.com

**Fraxel Laser Treatment**
FDA Approved - Wrinkles, Acne Fine Lines, Age Spots & Scars
www.AmericanHealthAndBeauty.com

**Professional Hair Removal**
Enter to win up to $5000 in laser hair removal & say goodbye to cuts!
www.AmericanLaser.com

**Fraxel Laser Atlanta**
Georgia's First Fraxel. More experience = Better outcome!
www.alpha-derm.com

**Chicago Hair Removal**
We Rated the Top Hair Removal Centers in Chicago. Find Clinics
YourLaserHairRemoval.info/Ratings

**Fraxel - Chicago**
Chicago's Premier Medical Spas, Facials, Body Treatments & More
www.StyleChicago.com

**Acne Treatments**
Ways to Treat Your Acne Problem. Get Results You Want Today.
TreatmentInformationOnline.com

**Laser Treatment**
Find Laser Treatment Search In Your Local Area Now.
Justclicklocal.com

**New & Used Medical Lasers**
Buy/Sell - Thousands to Choose From Search Our Inventory Now!
www.TheLaserTrader.com

| | Search |

This page is provided courtesy of GoDaddy.com. Copyright © 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls

3/24/2008 3:22 PM

# www.stlouisfraxel.com

This page is parked free, courtesy of GoDaddy.com



## Sponsored links:

‣ **Download Free Ringtones**
10,000+ Ringtones! Get Free Ringtones With 9.99/m Subscription.
Free.RingRingMobile.com

‣ **The Siemens & AB Solution**
The solution provider with the most experience with Siemens S5 And S7.
www.ltsoftware.com

‣ **Telephones Mobile**
Check Out Telephones Mobile & New Results on telephones mobile
www.fastandfreesearch.com

‣ **Truck/Vehicle Axle Scales**
Portable scale rental, lease or purchase - Excellent Warranty
www.stlouisscale.com

‣ **Axel College Backpacks**
Jansport Backpacks In All Styles. Spring Sale - Shop With Us Today!
RockyMountainTrail.com

‣ **Telephone Portable**
Find great deals and save! Compare products, prices & stores
www.Shopping.com

‣ **Telephone Accessories**
Looking For Telephone Accessories? The Experts Are Here.
DoesntGrowOnTrees.com

‣ **Communication Devices**
5,000+ Cell Phones & Accessories. Deals on Communication Devices!
Shopzilla.com/CellPhones

‣ **Download Crazy Frog Tones**
So Many Songs It's Crazy No Credit Card Required.
Go-Ringtones.net/Frog

‣ **Portable Telephones**
Portable Telephones Offers Get Unbeatable Online Prices
TopHints.net





*Plus ICANN fee of 20 cents
per domain name year.

**Fast, Reliable, Secure Web Hosting**

▪ 99.9% Guaranteed Uptime
▪ No Setup Fee or Annual Commitment
▪ Generous Storage & Bandwidth
▪ Free, Expert 24/7 Support
▪ And MUCH More!
Flexible plans as low as $3.43/mo!
Learn more...

**Related Searches**

‣ Portable Telephone
‣ Portables Samsung
‣ Mobile Telephone
‣ Numero Telephone
‣ Portable Motorola
‣ Portable SFR Sans Abonnement

**Visit GoDaddy.com for the best values on: Domain names, Web hosting, Web Site Builders, Email Accounts, SSL Certificates, Ecommerce Products AND MORE!** See product catalog

**GoDaddy.com is the world's No. 1 ICANN-accredited domain name registrar** for .COM, .NET, .ORG, .INFO, .BIZ and .US domain extensions. Source: Name Intelligence, Inc. 2005

Copyright ® 1999-2008 GoDaddy.com, Inc. All rights reserved.
Go Daddy Super Bowl Commercial    Danica Patrick    Dale Jr.    Go Daddy Girls



**Live every Wednesday at 1 pm (PT)/4 pm (ET).**

Search