| | |
|---|---|
| 1 | PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP |
| 2 | RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649 |
|   | THAD CHALOEMTIARANA, Illinois Bar No. 6236829 |
| 3 | ALEXIS E. PAYNE, Illinois Bar No. 6270412 |
|   | 311 South Wacker Drive |
| 4 | Suite 5000 |
|   | Chicago, Illinois 60606 |
| 5 | Telephone: (312) 554-8000 |
|   | Facsimile: (312) 554-8015 |
| 6 | Email: RIG@pattishall.com |
|   | TC@pattishall.com |
| 7 | AEP@pattishall.com |
| 8 | GLYNN & FINLEY, LLP |
|   | CLEMENT L. GLYNN, Bar No. 57117 |
| 9 | JONATHAN A. ELDREDGE, Bar No. 238559 |
|   | One Walnut Creek Center |
| 10 | 100 Pringle Avenue, Suite 500 |
|   | Walnut Creek, CA 94596 |
| 11 | Telephone: (925) 210-2800 |
|   | Facsimile: (925) 945-1975 |
| 12 | Email: cglynn@glynnfinley.com |
|   | jeldredge@glynnfinley.com |
| 13 | |
|   | Attorneys for Plaintiff RELIANT TECHNOLOGIES |
| 14 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 18 | RELIANT TECHNOLOGIES, a Delaware corporation, | Case No. C08-02515 MMC |
| 19 | | **PROOF OF SERVICE RE FIRST AMENDED COMPLAINT** |
| 20 | Plaintiff, | |
| 21 | vs. | |
| 22 | ROBERT L. MCDANIEL, an individual, | |
| 23 | Defendant. | |

- 1 -
PROOF OF SERVICE

Docket No. C08-02515 MMC
PROOF OF SERVICE BY FEDERAL EXPRESS

I, Beverly Carter, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. On June 19, 2008, I served a copy of the following document entitled exactly:

**FIRST AMENDED COMPLAINT FOR CYBERSQUATTING, TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION**

by Federal Express overnight delivery. A true copy thereof was enclosed in a sealed envelope addressed as follows:

Paul C. Van Slyke, Esq.
Locke Lord Bissell & Liddell LLP
3400 JPMorgan Chase Tower
600 Travis
Houston, Texas 77002
Telephone: (713) 226-1406
Facsimile: (713) 229-2516

*Attorneys for Defendant*
*Robert Lane McDaniel*

I caused such envelope to hand-delivered by Federal Express, with guaranteed delivery before noon on the following business day.

Executed this 19th day of June, 2008 at Walnut Creek, California.

_____
Beverly Carter