IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT L. McDANIEL, an individual<br><br>    Defendant.<br>_____/ | C 08-2515 MMC<br><br>**ORDER RE: DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

      The Court is in receipt of defendant Robert L. McDaniel's Motion to Dismiss for Lack of Personal Jurisdiction, filed July 21, 2008.

      Contrary to the Civil Local Rules of this District, defendant has failed to notice the motion for hearing. See Civ. L.R. 7-2(a) (providing motions shall be noticed for hearing on date not less than 35 days from date of service thereof).

      Accordingly, if defendant wishes to pursue the above-referenced motion, he shall, no later than July 31, 2008, file and serve on plaintiff Reliant Technologies, a notice of motion in conformity with the Civil Local Rules of this District. If defendant fails to timely file such notice, the motion will be denied.

      **IT IS SO ORDERED.**

Dated: July 24, 2008

                                                    MAXINE M. CHESNEY<br>
                                                    United States District Judge