Robert L. McDaniel
Individual
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364

*FILED*

08 JUL 30 AM 10: 56

CLERK, U.S. ... W. WIEKING
NORTHERN DISTRICT COURT
... ... CALIFORNIA

Pro se Defendant

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, <br> a Delaware corporation, <br><br> Plaintiff, <br><br> v. <br><br> ROBERT L. McDANIEL, <br> an individual, <br><br> Defendant. | Case No. C08-2515 MMC <br><br> **NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

### NOTICE OF HEARING

The defendant respectfully requests that the motion to dismiss for lack of personal jurisdiction be set for hearing on August 29th, 2008 at 9:00am in courtroom 7 on the 19th floor.

Date: July 29, 2008

Respectfully submitted,

Robert L. McDaniel
Pro se Defendant
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364
Email: bmcdaniel@adsmartmedical.com

### CERTIFICATE OF SERVICE

1 of 2

I hereby certify and declare under the penalty of perjury that the foregoing was served upon opposing counsel at the address listed below, via certified mail, return receipt requested on this 29th day of July, 2008:

Mr. Raymond I. Geraldson, Jr.
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, Illinois  60606
312-445-8000
Fax: 312-544-8015
Email: rig:pattishall.com
*Counsel for Reliant Technologies*

Mr. Clement L. Glynn
Glynn & Finley
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800
Fax: 925-945-1975
Email: cglynn@glynnfinley.com
*Counsel for Reliant Technologies*

Robert L. McDaniel