Robert L. McDaniel
Individual
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364

Pro se Defendant




**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation, | ) | |
| Plaintiff, | ) | Case No. C08-2515 MC |
| v. | ) | **AMENDED NOTICE OF HEARING ON DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |
| ROBERT L. McDANIEL, an individual, | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF HEARING**

The defendant respectfully requests that the motion to dismiss for lack of personal jurisdiction be set for hearing on September 5th, 2008 at 9:00am in courtroom 7 on the 19th floor.

Date: August 7, 2008

Respectfully submitted,

Robert L. McDaniel
Pro se Defendant
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364
Email: bmcdaniel@adsmartmedical.com

**CERTIFICATE OF SERVICE**

I hereby certify and declare under the penalty of perjury that the foregoing was served upon opposing counsel at the address listed below, via certified mail, return receipt requested on this 7th day of August, 2008:

Mr. Raymond I. Geraldson, Jr.
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, Illinois  60606
312-445-8000
Fax: 312-544-8015
Email: rig:pattishall.com
*Counsel for Reliant Technologies*

Mr. Clement L. Glynn
Glynn & Finley
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800
Fax: 925-945-1975
Email: cglynn@glynnfinley.com
*Counsel for Reliant Technologies*

Robert L. McDaniel

Robert L. McDaniel
Individual
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364

August 7, 2008

**BY U.S. Mail**
Clerk's Office
United States District Court for the Northern District of California
450 Golden Gate Avenue-16th Floor
San Francisco, CA 94102
415-522-2000

Re:   *Reliant Technologies v. Robert L. McDaniel*, Case No. C08 02515 MMC, U.S.D.C., N.D. CA – San Francisco Division

To the Clerk of the Court:

Enclosed please find the original and three copies of the amended notice of hearing for Defendant's Motion To Dismiss For Lack of Personal Jurisdiction.

Should you have any questions, please contact me.

Best regards,

Robert L. McDaniel
Pro Se Defendant

Enclosures

cc:   Mr. Raymond I. Geraldson, Jr. (*via certified mail*)
      Clement L. Glynn (*via certified mail*)