Robert L. McDaniel
Individual
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364

Pro se Defendant

FILED
08 AUG 21 PM 3:33
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT L. McDANIEL, an individual,<br><br>Defendant. | Case No. C08-2515 ~~MC~~ MMC<br><br>**DEFENDANT'S REQUEST FOR TWO WEEK EXTENSION OF TIME TO REPLY TO PLANTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION** |

**REQUEST FOR TWO WEEK EXTENSION OF TIME TO REPLY TO PLANTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

The defendant respectfully requests that he be granted a two week extension of time to reply to the Plantiff's opposition to defendant's motion to dismiss for lack of personal jurisdiction and that the new reply date be set for September 5, 2006. I require the additional time because I have no attorney, the Plaintiff's response was long (16 pages plus lengthy support documents), and I am not familiar with legal citations. Thus I will need the extra two weeks time to complete my filing.

A proposed order accompanies this motion.

FAXED

Date: August 21, 2008

Respectfully submitted,

Robert L. McDaniel
Pro se Defendant
4919 Natural Bridge
Kingwood, Texas 77345
(281) 844-7364
Email: bmcdaniel@adsmartmedical.com

**CERTIFICATE OF ATTEMPT TO GAIN AGREEMENT FROM PLANTIFF**

I hereby certify and declare under the penalty of perjury that I attempted to gain agreement on this extension from the opposing counsel on August 21, 2008, and such agreement was not granted.

**CERTIFICATE OF SERVICE**

I hereby certify and declare under the penalty of perjury that the foregoing was served upon opposing counsel at the address listed below, via Federal Express overnight delivery on this 21st day of July, 2008:

Mr. Raymond I. Geraldson, Jr.
Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP
311 South Wacker Drive
Suite 5000
Chicago, Illinois 60606
312-445-8000
Fax: 312-544-8015
Email: rig:pattishall.com
*Counsel for Reliant Technologies*

Mr. Clement L. Glynn
Glynn & Finley
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
925-210-2800
Fax: 925-945-1975
Email: cglynn@glynnfinley.com
*Counsel for Reliant Technologies*

Robert L. McDaniel

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation, | § | |
| Plaintiff, | § | |
| v. | § | Case No. C08-2515 MC MMC |
| ROBERT L. McDANIEL, an individual, | § | |
| Defendant. | § | |

**[PROPOSED] ORDER**

Before the Court is Defendant's Motion To Extend Defendant's Reply Deadline to September 5, 2008 for Reply to Plaintiff's Opposition to Defendant's Motion to Dismiss For Lack Of Personal Jurisdiction. The Court finds that Defendant's Motion has merit and should be **GRANTED**.

It is therefore **ORDERED** that Defendant's Motion To Dismiss For Lack Of Personal Jurisdiction is **GRANTED**.

**SO ORDERED.**

SIGNED on ______________________, 2008.

______________________________
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

FAXED