UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELIANT TECHNOLOGIES

        Plaintiff(s),

v.

ROBERT LANE MCDANIEL

        Defendant(s).

Case No. C 08-02515 MMC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 8/26/08

        [Party]

Dated: 8/26/08

        [Counsel]

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05

| | |
|---|---|
| 1 | Docket No. C 08-02515 MMC |
| 2 | <u>PROOF OF SERVICE BY OVERNIGHT MAIL</u> |

3   I, <u>Beverly Carter</u>, the undersigned, hereby certify and declare under penalty of
4   perjury that the following statements are true and correct:
5       1.   I am over the age of 18 years and am not a party to the within cause.
6       2.   My business address is One Walnut Creek Center, 100 Pringle Avenue,
7   Suite 500, Walnut Creek, CA 94596.
8       3.   On August 26, 2008 I served a copy of the attached document entitled
9   exactly

10   **ADR CERTIFICATION BY PARTIES AND COUNSEL**

11   by Federal Express overnight delivery. A true copy thereof was enclosed in a sealed envelope
12   addressed as follows:

13   **Robert L. McDaniel**
14   **4919 Natural Bridge**
     **Kingwood, TX 77345**
15   **Telephone: (281) 844-7364**

16   I caused said envelope to hand-delivered by Federal Express, with guaranteed delivery before
17   noon on the following business day.

18

19   Executed this <u>26th</u> day of <u>August, 2008</u> at Walnut Creek, California.

20
21   _____
     Beverly Carter

22
23
24
25
26
27
28