UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELIANT TECHNOLOGIES

                Plaintiff(s),

          v.

ROBERT LANE MCDANIEL

                Defendant(s).

CASE NO. C 08-02515 MMC

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

        have not yet reached an agreement to an ADR process
✓      request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference 9/5/08

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| RAY I. GERALDSON, JR. | PLAINTIFF | 312-554-7973 | TC@pattishall.com |
| THAD CHALEOMTIARANA | PLAINTIFF | 312-554-7960 | RIG@pattishall.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 8/26/08

                                                      Attorney for Plaintiff

Dated:_____

                                                      Attorney for Defendant

Rev 12.05   When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

Docket No. C 08-02515 MMC
<u>PROOF OF SERVICE BY OVERNIGHT MAIL</u>

1     I, <u>Beverly Carter</u>, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

    1.    I am over the age of 18 years and am not a party to the within cause.

    2.    My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

    3.    On August 26, 2008 I served a copy of the attached document entitled exactly

**NOTICE OF NEED FOR ADR PHONE CONFERENCE**

by Federal Express overnight delivery. A true copy thereof was enclosed in a sealed envelope addressed as follows:

**Robert L. McDaniel
4919 Natural Bridge
Kingwood, TX 77345
Telephone: (281) 844-7364**

I caused said envelope to hand-delivered by Federal Express, with guaranteed delivery before noon on the following business day.

Executed this <u>26th</u> day of <u>August, 2008</u> at Walnut Creek, California.

*/s/ Beverly Carter*
Beverly Carter