1  PATTISHALL, MCAULIFFE, NEWBURY,
     HILLIARD & GERALDSON LLP
2  RAYMOND I. GERALDSON, JR., Illinois Bar No. 0937649
   THAD CHALOEMTIARANA, Illinois Bar No. 6236829
3  ALEXIS E. PAYNE, Illinois Bar No. 6270412
   311 South Wacker Drive
4  Suite 5000
   Chicago, Illinois  60606
5  Telephone:  (312) 554-8000
   Facsimile:   (312) 554-8015
6  Email: RIG@pattishall.com
           TC@pattishall.com
7          AEP@pattishall.com

8  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN, Bar No. 57117
9  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
10 100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
11 Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
12 Email: cglynn@glynnfinley.com
          jeldredge@glynnfinley.com
13
   Attorneys for Plaintiff RELIANT TECHNOLOGIES
14

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17

18  RELIANT TECHNOLOGIES, a Delaware        )    Case No.  C 08-02515 MMC
    corporation,                            )
19                                          )    **PLAINTIFF'S MOTION TO**
                   Plaintiff,               )    **CONTINUE HEARING**
20                                          )
         vs.                                )
21                                          )
    ROBERT L. MCDANIEL, an individual,      )
22                                          )
                   Defendant.               )
23  _____)

24

25

26

27

28

- 1 -

PLAINTIFF'S MOTION TO CONTINUE HEARING

1        Plaintiff Reliant Technologies ("Reliant"), pursuant to Civil L.R. 6-3, hereby moves this Court to continue the hearing for Defendant Robert Lane McDaniel's Motion to Dismiss for Lack of Personal Jurisdiction ("Motion to Dismiss"), which is currently set for September 5, 2008. In support of this motion, Reliant states as follows:

1.    Reliant filed the original Complaint on May 16, 2008 and an Amended Complaint on June 19, 2008, before the filing of any responsive pleading.

2.    On June 12, 2008, Defendant requested—and counsel for Reliant granted—a thirty (30) day extension of time for Defendant to answer or otherwise respond to Reliant's Complaint.

3.    On July 21, 2008, Defendant filed the pending Motion to Dismiss wherein he contests personal jurisdiction.

4.    On July 24, 2008, the Court issued an order stating that Defendant's motion was defective because he failed to notice the motion for a hearing.

5.    On July 30, 2008, Defendant re-filed the Motion to Dismiss and noticed the motion for a hearing on August 29, 2008. Defendant's Motion to Dismiss, however, failed comply with Local Rule 7-2(a) because it requested a hearing within thirty-five (35) days of the filing, service, and notice of his motion.

6.    On August 7, 2008, Defendant filed an amended notice of hearing for the Motion to Dismiss, requesting that the hearing be set for September 5, 2008.

7.    On or around August 8, 2008, counsel for Reliant contacted Defendant to request an extension of time to respond to Defendant's motion to dismiss beyond Reliant's pending deadline of August 15, 2008. Counsel for Reliant also informed Defendant that lead counsel was unavailable to attend the hearing on September 5, 2008. Defendant refused to grant Reliant an extension of time to respond to the Motion to Dismiss, and Reliant therefore filed its Opposition to the Motion to Dismiss on August 15, 2008. See Declaration of Thad Chaloemtiarana attached hereto as Exhibit A, ¶5.

8.    Defendant's Reply in Support of his Motion to Dismiss was due on August 22, 2008. On August 21, 2008, Defendant filed a "Motion for Extension of Time to File Response

as to Memorandum in Opposition to Defendant's Motion to Dismiss" ("Motion for Extension of Time"). See Declaration of Thad Chaloemtiarana, ¶6. In the Motion for Extension of Time, Defendant requests that the Court grant him fourteen (14) days to file his Response. Defendant did not request a new hearing date for the Motion to Dismiss.

9. On August 26, 2008, counsel for Reliant contacted Defendant and stated that Reliant would be willing to stipulate to Defendant's request for fourteen (14) day extension of time, provided that Defendant would consent to reschedule the September 5, 2008 hearing date to a time convenient for Reliant's counsel. Defendant refused to grant consent to modify the September 5, 2008 hearing date. See Declaration of Thad Chaloemtiarana, ¶7.

10. Raymond I. Geraldson, Jr. and Thad Chaloemtiarana, lead counsel for Reliant located in Chicago, Illinois, are unable to attend the hearing in person on September 5, 2008.

11. Mr. Chaloemtiarana's wife is expecting a baby within approximately a week of September 5, 2008, and accordingly, Mr. Chaloemtiarana is unable to travel to attend the September 5, 2008 in person. See Declaration of Thad Chaloemtiarana, ¶4.

12. Mr. Geraldson has a long-standing, previously scheduled trip to South Carolina between September 3 and 8, 2008 and therefore would be unable to attend the September 5, 2008 hearing in person. See Declaration of Raymond Geraldson, attached hereto as Exhibit B, ¶4.

13. If the court is inclined to grant Defendant's request for a fourteen (14) day extension of time to respond (i.e. up to and including September 5, 2008), Reliant will need time to review Defendant's reply brief in advance of this Court's hearing on Defendant's motion to dismiss.

14. Lead counsel for Reliant are available to attend a hearing on Defendant's Motion to Dismiss on September 19, 2008 or October 10, 2008.

///
///
///
///
///

- 3 -
PLAINTIFF'S MOTION TO CONTINUE HEARING

1  Wherefore, Reliant hereby requests that this Court enter the Proposed Order continuing
2  the hearing on Defendant's Motion to Dismiss to September 19, 2008 or October 10, 2008.

3
       Dated: August 26, 2008
4                                              PATTISHALL, MCAULIFFE, NEWBURY,
                                                 HILLIARD & GERALDSON LLP
5                                              RAYMOND I. GERALDSON, JR.
                                               THAD CHALOEMTIARANA
6                                              ALEXIS E. PAYNE
                                               311 South Wacker Drive
7                                              Suite 5000
                                               Chicago, Illinois  60606
8
                                               GLYNN & FINLEY, LLP
9                                              CLEMENT L. GLYNN
                                               JONATHAN A. ELDREDGE
10                                             One Walnut Creek Center
                                               100 Pringle Avenue, Suite 500
11                                             Walnut Creek, CA  94596

12
                                               By _____ for Jonathan A.
13                                                Attorneys for Plaintiff   Eldredge
                                                  Reliant Technologies
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -
PLAINTIFF'S MOTION TO CONTINUE HEARING

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT L. MCDANIEL, an individual,<br><br>　　　　　Defendant. | Case No.  C 08-02515 MMC<br><br>**[PROPOSED] ORDER** |

Before the Court is Reliant Technologies, Inc.'s ("Reliant") Motion to Continue the Hearing on Defendant Robert Lane McDaniel's Motion to Dismiss for Lack of Personal Jurisdiction (Doc. 11) Reliant's Amended Complaint for cybersquatting, trademark infringement, common law unfair competition, and violation of the California Unfair Practices Act, Cal. Bus. & Prof. Code § 17200.  Counsel for Reliant have demonstrated for good cause that they are unable to attend the hearing currently set for September 5, 2008 and have requested that the Court continue the hearing to October 10, 2008 or, in the alternative, September 19, 2008.  The

/ / /
/ / /
/ / /

1 | Court hereby GRANTS Reliant's motion and continues the hearing on Defendant's Motion to
2 | Dismiss to <u>October 10, 2008 at 9:00 a.m.</u>
3 |
4 |     IT IS SO ORDERED.
5 |
6 | Dated: _____
                                               MAXINE M. CHESNEY
7 |                                                United States District Judge
8 |
9 | Submitted by:
10 | PATTISHALL, MCAULIFFE, NEWBURY,
   HILLIARD & GERALDSON LLP
11 | RAYMOND I. GERALDSON, JR.
   THAD CHALOEMTIARANA
12 | ALEXIS E. PAYNE
   311 South Wacker Drive
   Suite 5000
13 | Chicago, Illinois 60606

14 | GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN
15 | JONATHAN A. ELDREDGE
   One Walnut Creek Center
16 | 100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
17 |
   Attorneys for Plaintiff
18 | Reliant Technologies
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |