1

2  PATTISHALL, MCAULIFFE, NEWBURY,
    HILLIARD & GERALDSON LLP
3  Raymond I. Geraldson, Jr.
    Thad Chaloemtiarana
4  Alexis E. Payne
    311 South Wacker Drive
5  Suite 5000
    Chicago, Illinois  60606
6  Telephone:  (312) 554-8000
7  Facsimile:   (312) 554-8015
    Email: RIG@pattishall.com
8           TC@pattishall.com
             AEP@pattishall.com
9
    GLYNN & FINLEY, LLP
10  Clement L. Glynn
    100 Pringle Avenue
11  Suite 500
    Walnut Creek, CA 94596
12  Telephone:  (925) 210-2801
    Facsimile:   (925) 945-1975
13  Email: cglynn@glynnfinley.com

14

15  Attorneys for Plaintiff, Reliant Technologies, Inc.

16              IN THE UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
17

18  RELIANT TECHNOLOGIES, INC.,   )
    a corporation,                )
                                  )
19              Plaintiff,        )
                                  )
20          -v-                   )   Case No. 3:08-cv-2515
                                  )
21  ROBERT LANE McDANIEL,         )   Judge Maxine M. Chesney
    an individual,                )
22                                )   **DECLARATION OF RAYMOND I.**
                                  )   **GERALDSON, JR.**
23              Defendant.        )
                                  )
24

25

26

27

28

## DECLARATION OF RAYMOND I. GERALDSON, JR.

Pursuant to 28 U.S.C. § 1746, I, Raymond I. Geraldson, Jr., declare as follows:

1. I am over the age of eighteen (18) and make this declaration on personal knowledge and experience.

2. I am a partner at the Chicago law firm of Pattishall, McAuliffe, Newbury, Hilliard & Geraldson, LLP, counsel for Reliant Technologies, Inc. ("Reliant"), the plaintiff in this civil matter.

3. The facts I am providing in this declaration are based on my own personal knowledge or on information and belief, where indicated, and, if called upon to do so, I could testify to them competently.

4. I am unable to attend in person the hearing on Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, which is currently set for September 5, 2008, due to a long-standing, previously scheduled trip to South Carolina between September 3, 2008 through September 8, 2008.

5. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 26, 2008

_____
Raymond I. Geraldson, Jr.

-2-