1  PATTISHALL, MCAULIFFE, NEWBURY,
     HILLIARD & GERALDSON LLP
2  Raymond I. Geraldson, Jr.
   Thad Chaloemtiarana
3  Alexis E. Payne
   311 South Wacker Drive
4  Suite 5000
   Chicago, Illinois 60606
5  Telephone:  (312) 554-8000
   Facsimile:  (312) 554-8015
6  Email:  RIG@pattishall.com
           TC@pattishall.com
7          AEP@pattishall.com

8

9  GLYNN & FINLEY, LLP
   CLEMENT L. GLYNN
10 One Walnut Creek Center
   100 Pringle Avenue, Suite 500
11 Walnut Creek, CA 94596
   Telephone: (925) 210-2800
12 Facsimile: (925) 945-1975
   Email:  cglynn@glynnfinley.com
13

14 Attorneys for Plaintiff, Reliant Technologies, Inc.

15

16              UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18

19 RELIANT TECHNOLOGIES, INC., a      )   **Case No. 3:08-cv-2515**
   corporation,                       )
20                                    )   **Judge Maxine M. Chesney**
                   Plaintiff,         )
21                                    )   **PROOF OF SERVICE**
       vs.                            )
22                                    )
   ROBERT LANE McDANIEL, an           )
23 individual,                        )
                                      )
24                 Defendant.         )
   _____)
25

26

27

28

---

**PROOF OF SERVICE VIA OVERNIGHT MAIL**

Docket No. C 08-02515 MMC

PROOF OF SERVICE BY OVERNIGHT MAIL

I, <u>Beverly Carter</u>, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. On August 26, 2008 I served a copy of the following documents entitled exactly:

    a. **PLAINTIFF'S MOTION TO CONTINUE HEARING**

    b. **DECLARATION OF THAD CHALOEMTIARANA**

    c. **DECLARATION OF RAYMOND I. GERALDSON, JR.**

    d. **[PROPOSED] ORDER**

by Federal Express overnight delivery. A true copy thereof was enclosed in a sealed envelope addressed as follows:

**Robert L. McDaniel**
**4919 Natural Bridge**
**Kingwood, TX 77345**
**Telephone: (281) 844-7364**

I caused said envelope to hand-delivered by Federal Express, with guaranteed delivery before noon on the following business day.

Executed this <u>26th</u> day of <u>August, 2008</u> at Walnut Creek, California.

_____
Beverly Carter

- 1 -