IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, | No. C-08-2515 MMC |
| Plaintiff, | **ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION; GRANTING PLAINTIFF'S MOTION TO CONTINUE HEARING** |
| v. | |
| ROBERT L. MCDANIEL, | |
| Defendant. | |

Before the Court are the request filed August 21, 2008 by defendant Robert L. McDaniel, for a two-week extension, to September 5, 2008, of the deadline by which he must file a reply to plaintiff's opposition to defendant's motion to dismiss, and the motion filed August 26, 2008 by plaintiff Reliant Technologies, to continue the September 5, 2008 hearing on the motion to dismiss due to counsel's unavailability on such date.

Good cause appearing, defendant's request for an extension is hereby GRANTED, and plaintiff's motion to continue is likewise GRANTED. Defendant shall file his reply no later than September 5, 2008 and the hearing date for defendant's motion to dismiss is hereby CONTINUED from September 5, 2008 to September 19, 2008.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge