IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, | No. C-08-2515 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROBERT L. MCDANIEL, | |
| Defendant. | |

The Court previously scheduled the above-titled action for a Case Management Conference to be held on September 5, 2008.

Given the current status of the case, specifically the pending motion to dismiss filed by defendant, the September 5, 2008 Case Management Conference is hereby CONTINUED to October 24, 2008 at 10:30 a.m. The parties shall file either a joint case management statement or separate case management statements no later than October 17, 2008.

**IT IS SO ORDERED.**

Dated: August 28, 2008

MAXINE M. CHESNEY
United States District Judge