Clerk's Use Only

Initial for fee pd.:

PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606
Alexis E. Payne
Telephone: (312) 554-8000
Facsimile: (312) 554-8015

FILED ORIGINAL

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

RELIANT TECHNOLOGIES,
a corporation,

            Plaintiff(s),

     v.

ROBERT LANE McDANIEL,
an individual

            Defendant(s).

CASE NO.  C08-02515 MMC

**APPLICATION FOR ADMISSION OF ATTORNEY**
***PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Alexis E. Payne, an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Clement L. Glynn, Glynn & Finley, LLP, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, (925) 210-2801

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 8/24/08

Alexis E. Payne

Docket No. C 08-2515 MMC

PROOF OF SERVICE BY MAIL

I, Linda Vallone, the undersigned, hereby certify and declare under penalty of perjury that the following statements are true and correct:

1. I am over the age of 18 years and am not a party to the within cause.

2. My business address is One Walnut Creek Center, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596.

3. I am familiar with my employer's mail collection and processing practices; know that said mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following said practice, on August 28, 2008 I served a true and correct copy of the attached document(s) entitled exactly:

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND ORDER**

by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice mail to the following:

**Robert L. McDaniel**
**4919 Natural Bridge**
**Kingwood, TX 77345**
Telephone: (281) 844-7364

Executed this 28th day of August, 2008 at Walnut Creek, California.

Linda Vallone

- 1 -

PROOF OF SERVICE

**ORIGINAL**

UNITED STATES DISTRICT COURT

Northern District of California

RELIANT TECHNOLOGIES,
a corporation,

                            Plaintiff(s),

    v.

ROBERT LANE McDANIEL,
an individual

                           Defendant(s).

CASE NO. C08-02515 MMC

(Proposed)
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Alexis E. Payne ☒, an active member in good standing of the bar of Illinois ☒ whose business address and telephone number (particular court to which applicant is admitted) is

Alexis E. Payne, Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606, (312) 554-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ☒.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                                      MAXINE M. CHESNEY
                                                      United States District    Judge

UNITED STATES DISTRICT COURT
For the Northern District of California