| Clerk's Use Only |
|---|
| Initial for fee pd.: |

PATTISHALL, McAULIFFE, NEWBURY, HILLIARD & GERALDSON
LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606
Raymond I. Geraldson, Jr.
Telephone: (312) 554-8000
Facsimile: (312) 554-8015



FILED ORIGINAL
08 AUG 29 PM 12:56
CLERK U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

RELIANT TECHNOLOGIES,
a corporation,

          Plaintiff(s),

    v.

ROBERT LANE McDANIEL,
an individual

          Defendant(s).

CASE NO. C08-02515 MMC

**APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Raymond I. Geraldson, Jr., an active member in good standing of the bar of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Clement L. Glynn, Glynn & Finley, LLP, 100 Pringle Avenue, Suite 500, Walnut Creek, CA 94596, (925) 210-2801

I declare under penalty of perjury that the foregoing is true and correct.

Dated: AUG. 26, 2008

                                          Raymond I. Geraldson, Jr.

| | |
|---|---|
| 1 | Docket No. C 08-2515 MMC |
| 2 | PROOF OF SERVICE BY MAIL |

4   I, Linda Vallone, the undersigned, hereby certify and declare under penalty of
5   perjury that the following statements are true and correct:

6   1.   I am over the age of 18 years and am not a party to the within cause.

7   2.   My business address is One Walnut Creek Center, 100 Pringle Avenue,
8   Suite 500, Walnut Creek, CA 94596.

9   3.   I am familiar with my employer's mail collection and processing practices;
10  know that said mail is collected and deposited with the United States Postal Service on the same
11  day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

12  4.   Following said practice, on August 28, 2008 I served a true and correct
13  copy of the attached document(s) entitled exactly:

14  **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE AND**
15  **ORDER**

16  by placing it in an addressed, sealed envelope and depositing it in regularly maintained interoffice
17  mail to the following:

>   Robert L. McDaniel
>   4919 Natural Bridge
>   Kingwood, TX 77345
>   Telephone: (281) 844-7364

Executed this 28th day of August, 2008 at Walnut Creek, California.

_____
Linda Vallone

- 1 -

PROOF OF SERVICE

ORIGINAL

UNITED STATES DISTRICT COURT

Northern District of California

RELIANT TECHNOLOGIES,
a corporation,

        Plaintiff(s),

v.

ROBERT LANE McDANIEL,
an individual

        Defendant(s).

CASE NO. C08-02515 MMC

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Raymond I. Geraldson, Jr. ▫ , an active member in good standing of the bar of Illinois ▫ whose business address and telephone number (particular court to which applicant is admitted) is

Raymond I. Gerladson, Jr., Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606, (312) 554-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ▫ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

                                         MAXINE M. CHESNEY
                                         United States District    Judge