IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
AUG 29 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, a Delaware corporation, § § § Plaintiff, § § v. § § ROBERT L. McDANIEL, § an individual, § § Defendant. § | Case No. C08-2515 MC |

FAXED

I. [PROPOSED] ORDER

II.

Before the Court is Defendant's Motion To Extend Deadline for Filing Case Management is moot in light of the Court's August 28, 2008 Statement. The Court finds that Defendant's Motion has merit and should be GRANTED order continuing the Case Management Conference to October 24, 2008, and, accordingly, the Plaintiff shall provide a copy of their Case Management Statement to Plaintiff no later motion is hereby DENIED.
than September 1, 2008 and Defendant shall file his Case Management Statement no later than September 4, 2008

**SO ORDERED.**

SIGNED on ___September 4___, 2008.

*Maxine M. Chesney* (signature)
MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF CALIFORNIA

-5-