ORIGINAL

08 AUG 29 PM 3: 00

UNITED STATES DISTRICT COURT

Northern District of California

RELIANT TECHNOLOGIES,
a corporation,

                 Plaintiff(s),

v.

ROBERT LANE McDANIEL,
an individual

                Defendant(s).

CASE NO. C08-02515 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Thad Chaloemtiarana, an active member in good standing of the bar of Illinois whose business address and telephone number (particular court to which applicant is admitted) is

Thad Chaloemtiarana, Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606, (312) 554-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 5, 2008

_____
MAXINE M. CHESNEY
United States District Judge