UNITED STATES DISTRICT COURT
Northern District of California

RELIANT TECHNOLOGIES,
a corporation,

CASE NO. C08-02515 MMC

Plaintiff(s),

~~(Proposed)~~
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

v.

ROBERT LANE McDANIEL,
an individual

Defendant(s).
_____/

Alexis E. Payne ☒ , an active member in good standing of the bar of
Illinois ☒ whose business address and telephone number
(particular court to which applicant is admitted)
is
Alexis E. Payne, Pattishall, McAuliffe, Newbury, Hilliard & Geraldson LLP, 311 S. Wacker Drive, #5000, Chicago, IL 60606, (312) 554-8000

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff ☒ .

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: September 5, 2008

_____
MAXINE M. CHESNEY
United States District   Judge