IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, | No. C-08-2515 MMC |
| Plaintiff, | **ORDER VACATING SEPTEMBER 19, 2008 HEARING** |
| v. | |
| ROBERT L. MCDANIEL, | |
| Defendant. | |

    Before the Court is defendant's Motion to Dismiss for Lack of Personal Jurisdiction, filed July 21, 2008. Plaintiff has filed opposition. Defendant has not filed a reply. Defendant's reply was due September 5, 2008. See Civil L.R. 7-3(c).

    Having reviewed the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, see Civil L.R. 7-1(b), and VACATES the hearing scheduled for September 19, 2008.

**IT IS SO ORDERED.**

Dated: September 11, 2008

                                                   MAXINE M. CHESNEY
                                                   United States District Judge