IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES,<br><br>    Plaintiff,<br><br>  v.<br><br>ROBERT L. MCDANIEL,<br><br>    Defendant. | No. C-08-2515 MMC<br><br>**AMENDED ORDER VACATING<br>SEPTEMBER 19, 2008 HEARING**\* |

   Before the Court is defendant's Motion to Dismiss for Lack of Personal Jurisdiction, filed July 21, 2008. Plaintiff has filed opposition, and defendant has filed a reply.

   Having reviewed the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the papers, see Civil L.R. 7-1(b), and VACATES the hearing scheduled for September 19, 2008.

   **IT IS SO ORDERED.**

Dated: September 11, 2008

_____
MAXINE M. CHESNEY
United States District Judge

_____

   \*The amendment is to reflect defendant's filing of a timely reply, which was not docketed by the Clerk at the time it was received by that office.