IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RELIANT TECHNOLOGIES, INC., | No. C-08-2515 MMC |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| ROBERT L. MCDANIEL, | |
| Defendant. | |

The Court having taken under submission defendant's motion to dismiss for lack of personal jurisdiction, the Case Management Conference currently scheduled for October 24, 2008 is hereby CONTINUED to December 19, 2008.

If at that time the case is proceeding before this Court, the parties need only file an update to the Case Management Conference Statement filed October 17, 2008 by plaintiff.

**IT IS SO ORDERED.**

Dated: October 17, 2008

_____
MAXINE M. CHESNEY
United States District Judge